# United States District Court

─────────────── DISTRICT OF ───────────────

Globe Composite Solutions, Ltd.,
f/k/a Kalm-Forsythe Global
Innovations, Ltd.,
    Plaintiff,

V.

Richard C. Somerville,
Anne Roche-Somerville,
and Solar COnstruction Inc., f/k/a Globe Rubber Works, Inc.

    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

# 05  10323 DPW

TO: (Name and Address of Defendant)

Solar Construction Inc.,
f/k/a Globe Rubber Works, Inc.
344 Keene Street
Duxbury, MA 02332

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Evan T. Lawson, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Avenue - Suite 345
Boston, MA 02210-2414

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS

CLERK

                                FEB 18 2005

                                DATE

BY DEPUTY CLERK

AO 440 (Rev.1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | MARCH 15, 2005 |
| NAME OF SERVER (PRINT)<br>SEAN P. CALLIS | TITLE<br>CONSTABLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 344 KEENE STREET, DUXBURY, MA TO MR. RICHARD SOMERVILLE, PRESIDENT AND DULY AUTHORIZED AGENT, IN HAND.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $0. | $30. | $30. |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on MARCH 15, 2005      *(signature)*
        Date                    Signature of Server

357 CAMBRIDGE STREET, CAMBRIDGE, MA
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.