# United States District Court

_____ DISTRICT OF _____

FILED
CLERKS OFFICE

2005 MAR 29 A 11: 55

U.S. DISTRICT COURT
DISTRICT OF MASS

Globe Composite Solutions, Ltd., f/k/a
Kalm-Forsythe Global Innovations, Ltd.,

    Plaintiff,

    V.

Richard C. Somerville,
Anne Roche-Somerville, and Solar Construction,
Inc., f/k/a Globe Rubber Works, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

05  10323 DPW

TO: (Name and Address of Defendant)

    Anne Roche-Somerville
    344 Keene Street
    Duxbury, MA 02332

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Evan T. Lawson, Esq.
    Lawson & Weitzen, LLP
    88 Black Falcon Ave. - Suite 345
    Boston, MA 02210-2414

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS                  FEB 10 2005

CLERK                                     DATE

_[signature]_

BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | MARCH 15, 2005 |
| NAME OF SERVER (PRINT)<br>SEAN P. CALLIS | TITLE<br>CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. LEFT WITH DEFENDANT'S HUSBAND, RICHARD SOMERVILLE
Name of person with whom the summons and complaint were left: AT 344 KEENE STREET, DUXBURY, MA

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $0. | $30. | $30. |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  MARCH 15, 2005    *[signature: Sean P Callis]*
                 *Date*          *Signature of Server*

357 CAMBRIDGE STREET, CAMBRIDGE, MA
*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.