UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLOBE COMPOSITE SOLUTIONS, LTD. F/K/A KALM-FORSYTHE GLOBAL INNOVATIONS, LTD.<br>    Plaintiff,<br><br>v.<br><br>RICHARD C. SOMERVILLE, ANNE ROCHE-SOMERVILLE, and SOLAR CONSTRUCTION, INC. F/K/A GLOBE RUBBER WORKS, INC.<br>    Defendants. | Civil Action No. 05-10323DPW |

## AFFIDAVIT OF ANNE ROCHE-SOMERVILLE

I, Anne Roche-Somerville, do hereby depose and state:

1. I am an individual residing at 344 Keene Street, Duxbury, Massachusetts. I am the wife of Richard C. Somerville ("Somerville").

2. I began working at Solar Construction, Inc. f/k/a Globe Rubber Works, Inc. ("Globe Rubber") in 1986. I remained working in the accounts receivable area of Globe Rubber until I retired on or about December 2003.

3. I am not and have not been an officer, director, or shareholder of Globe Rubber.

4. On or about early 2003, Carl Forsythe ("Forsythe") on behalf of Globe Composite Solutions, Ltd. f/k/a Kalm-Forsythe Globe Innovations, Ltd. ("Globe Composite") and Somerville on behalf of Globe Rubber began negotiations related to Globe Composite's acquisition of Globe Rubber's business.

5. Forsythe and/or his representative(s) and/or his agent(s), including but not limited to, John Boodee, were given full access the Globe Rubbery facility and its personnel to examine the financial and operational aspects of Globe Rubber. I saw Mr. Boodee at the Globe Rubber facility approximately three to four (3-4) times a week on or about the fall of 2003.

6. In 2004, after I retired I would still go to Globe Rubber from time to time.

7. On or about the day that Globe Composite, Globe Rubber and Somerville executed the Asset Purchase Agreement, I stated my opinion to Forsythe, "You're getting a real bargain." When I expressed my opinion to Forsythe, I believed that my opinion was true. I continue to believe it was true. The claim that Globe Composite relied on my opinion as a basis for acquiring the business of Globe Rubber is absurd.

8. I never represented to Forsythe that Globe Rubber was in "good corporate health and was in compliance with its contractual obligations." I never stated to Forsythe "you're getting a real jewel."

9. I was not a party to the Asset Purchase Agreement.

Signed under the pains and penalties of perjury this 28th day of March, 2005.

_____
Anne Roche-Somerville

CERTIFICATE OF SERVICE
I hereby certify that on 3/29/05,
I served a copy of the within pleading
upon counsel of record by hand,
~~postage prepaid.~~

2