AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

Globe Composite Solutions, Ltd.,
f/k/a Kalm-Forsythe Global
Innovations, Ltd.,
    Plaintiff,
        v.
Richard C. Somerville,
Anne Roche-Somerville,
and Solar Construction, Inc. f/k/a Globe Rubber Works, Inc.
    Defendants.

Richard C. Somerville, and
Solar Construction, Inc. f/k/a Globe Works, Inc.
    Plaintiffs-in-Counterclaim
        v.
Globe Composite Solutions, Ltd.
f/k/a Kalm-Forsythe Global
Innovations, Ltd. and
Carl W. Forsythe
    Defendants-in-Counterclaim

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:
**05 - 10323 DPW**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark S. Furman, Esq.
Tarlow, Breed, Hart & Rodgers, P.C.
101 Huntington Avenue, Suite 500
Prudential Center
Boston, MA   02199

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE    APR 1 - 2005

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE April 25, 2005 |
| NAME OF SERVER (PRINT) Kristina A. Engberg | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):

Forwarded Complaint and Summons to Carl Forsythe via mail; accepted service on behalf of Carl Forsythe

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
             Date                    Signature of Server

Lawson & Weizen, LLP  88 Black Falcon Ave., Suite 345 Boston, MA 02210
           Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.