UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
)
GLOBE COMPOSITE SOLUTIONS, LTD.             )
F/K/A KALM-FORSYTHE GLOBAL                  )
INNOVATIONS, LTD.                           )
        Plaintiff,                         )
                                            )
v.                                          )   Civil Action No.
                                            )   05-10323DPW
RICHARD C. SOMERVILLE, ANNE ROCHE-          )
SOMERVILLE, and GLOBE CONSTRUCTION,         )
INC. F/K/A GLOBE RUBBER WORKS, INC.         )
        Defendants.                         )
_____)


_____
)
ANNE ROCHE-SOMERVILLE,                      )
        Plaintiff-in-Counterclaim          )
                                            )
                                            )
v.                                          )
                                            )
GLOBE COMPOSITE SOLUTIONS, LTD.             )
F/K/A KALM-FORSYTHE GLOBAL                  )
INNOVATIONS, LTD and CARL FORSYTHE,         )
        Defendant-in-Counterclaim.         )
_____)


## **ANSWER OF CARL W. FORSYTHE**

FIRST DEFENSE

1. Admitted.

2. Admitted.

3. Admitted.

4. To the extent Paragraph 4 states legal conclusions, no response is required.

5. To the extent Paragraph 5 states legal conclusions, no response is required.

6. Admitted.

7. Admitted.

8. Denied.

9. Denied.

10. To the extent Paragraph 10 states legal conclusions, no response is required. Carl W. Forsythe ("Forsythe") denies the remaining allegations.

11. Forsythe re-alleges and incorporates herein by reference his responses as set forth above.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

16. Forsythe re-alleges and incorporates herein by reference his responses as set forth above.

17. To the extent Paragraph 17 states legal conclusions, no response is required. Forsythe denies the remaining allegations.

18. To the extent Paragraph 18 states legal conclusions, no response is required. Forsythe denies the remaining allegations.

19. To the extent Paragraph 19 states legal conclusions, no response is required. Forsythe denies the remaining allegations.

20. To the extent Paragraph 20 states legal conclusions, no response is required. Forsythe denies the remaining allegations.

21. To the extent Paragraph 21 states legal conclusions, no response is required. Forsythe denies the remaining allegations.

22. To the extent Paragraph 22 states legal conclusions, no response is required. Forsythe denies the remaining allegation.

## SECOND DEFENSE

The Complaint in counterclaim fails to state a claim upon which relief can be granted.

## THIRD DEFENSE

Plaintiff-in-counterclaim's claims must fail because of the doctrine of unclean hands.

## FOURTH DEFENSE

Plaintiff-in-counterclaim's claims must fail because of the doctrine of estoppel.

## FIFTH DEFENSE

Plaintiff-in-counterclaim's claims are barred by her own unfair and deceptive acts or practices in violation of G.L. c. 93A.

By his attorneys,

___/s/ Kristina A. Engberg_____
Evan T. Lawson, BBO# 289280
Kristina A. Engberg, BBO# 629441
J. Mark Dickison, BBO# 629170
Lawson & Weitzen, LLP
88 Black Falcon Avenue
Boston, Massachusetts  02210
(617) 439-4990

<u>CERTIFICATE OF SERVICE</u>

  I, Kristina A. Engberg, hereby certify that on May 4, 2005, I served the above Answer upon the defendant by sending a copy via first class mail to Mark S. Furman, Tarlow, Breed, Hart & Rodgers, P.C., 101 Huntington Avenue, Boston, MA 02199.

                  _____/s/ Kristina A. Engberg____
                  Kristina A. Engberg