UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLOBE COMPOSITE SOLUTIONS, LTD. f/k/a KALM-FORSYTHE GLOBAL INNOVATIONS, LTD.<br><br>*Plaintiff*,<br><br>v.<br><br>RICHARD C. SOMERVILLE, ANNE ROCHE-SOMERVILLE, and SOLAR CONSTRUCTION, INC. f/k/a GLOBE RUBBER WORKS, INC.<br><br>*Defendants*. | Civil Action No. 05-10323 (DPW) |
| RICHARD C. SOMERVILLE, and SOLAR CONSTRUCTION, INC. f/k/a GLOBE RUBBER WORKS, INC.,<br><br>*Plaintiffs-in-Counterclaim*,<br><br>v.<br><br>GLOBE COMPOSITE SOLUTIONS, LTD. f/k/a KALM-FORSYTHE GLOBAL INNOVATIONS, LTD., and CARL W. FORSYTHE,<br><br>*Defendants-in-Counterclaim*. | |

**JOINT STATEMENT PURSUANT TO FED R. CIV. P. 26(f)
AND LOCAL RULE 16.1**

Plaintiff, Globe Composite Solutions, Ltd. f/k/a Kalm-Forsythe Global Innovations, Ltd., and Defendants-in-Counterclaim, Globe Composite Solutions, Ltd. f/k/a Kalm-Forsythe Global Innovations, Ltd. and Carl W. Forsythe, (collectively, Plaintiff) and Defendants, Richard C.

Somerville, Anne Roche-Somerville, and Solar Construction, Inc. f/k/a Globe Rubber Works, Inc., and Plaintiffs-in-Counterclaim, Richard C. Somerville and Solar Construction, Inc. f/k/a Globe Rubber Works, Inc., (collectively, Defendants) hereby submit this Joint Statement in accordance with Fed. R. Civ. P. 26(f) and Local Rule 16.1.  Pursuant to a Notice of Scheduling Conference dated May 10, 2005, an initial scheduling conference is scheduled to be held on June 14, 2005 at 2:30 p.m.

I.      **RULE 26(f)/LOCAL RULE 16.1(B) CONFERENCE.**

A telephone call was held on June 3, 2005, pursuant to Fed.R.Civ.P. 26(f) and Local Rule 16.1 (B).  The following counsel participated in the teleconference:

> Evan T. Lawson and Kathryn E. Pieczarka of Lawson & Weitzen, LLP as counsel
>
>> for the Plaintiff and Defendants-in-Counterclaim
>
> Mark S. Furman and Jennifer C. Roman of Tarlow, Breed, Hart & Rodgers, P.C.
>
>> as counsel for the Defendants and Plaintiffs-in-Counterclaim

II.     **PROPOSED JOINT DISCOVERY PLAN AND CASE SCHEDULE.**

The parties hereby submit the following proposed pretrial schedule:

1. Automatic disclosures to be served on or before June 28, 2005.
2. Any motions to amend or supplement the pleadings are to be served by October 31, 2005 and answered within the time specified in the Rules.
3. All discovery, as defined by Local Rule 26.1(c) and including depositions, shall be completed by April 28, 2006.
4. The plaintiff and defendants-in-counterclaim shall designate experts, if any, and submit any expert reports by June 29, 2006.

5. The defendants and plaintiffs-in-counterclaims shall designate experts, if any, and submit any expert reports by August 31, 2006.

6. All expert depositions, if any, to be completed by September 29, 2006.

7. All dispositive motions are to be filed on or before November 15, 2006; oppositions are to be filed on or before December 15, 2006; and replies are to be filed on or before January 3, 2007.

### III. OTHER MATTERS

1. <u>Trial by Magistrate</u>. At this time, the parties do not consent to trial before a United States Magistrate Judge.

2. <u>Certification of Consultation</u>. The parties shall file the parties' certification pursuant to Local Rule 16.1 (D)(3) electronically, as required for all filings by the Court, on or before the June 14, 2005 Scheduling Conference.

3. <u>Settlement Proposals</u>. The plaintiff has or will present a written settlement proposal to the defendants on or before June 3, 2005 as required by Local Rule 16.1(c). The defendants' counsel will confer with its client prior to the scheduling conference and be prepared to respond to the plaintiff's settlement proposal at the conference.

### IV. AGENDA

The parties propose the following agenda for the Scheduling Conference:

1. The disposition of the real estate attachment;

2. The discovery plan and case schedule outlined above; and

3. Such other matters as the Court may find appropriate.

Respectfully Submitted,

| By Counsel for Plaintiff<br>and Defendants-in-Counterclaim: | By Counsel for Defendants<br>and Plaintiffs-in-Counterclaim: |
|---|---|
|     /s/ **Kathryn E. Pieczarka**<br>Evan T. Lawson, BBO #289280<br>Kathryn E. Pieczarka, BBO #658785<br>LAWSON & WEITZEN, LLP<br>88 Black Falcon Avenue, Suite 345<br>Boston, Massachusetts 02210<br>(617) 439-4990 |     /s/ **Mark S. Furman**<br>Mark S. Furman, BBO #181680<br>Jennifer C. Roman, BBO #643223<br>Tarlow, Breed, Hart & Rodgers, P.C.<br>101 Huntington Avenue, Suite 500<br>Boston, Massachusetts 02199<br>(617) 218-2000 |