UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLOBE COMPOSITE SOLUTIONS, LTD. )<br>f/k/a KALM-FORSYTHE GLOBAL )<br>INNOVATIONS, LTD. )<br> )<br>*Plaintiff*, )<br> )<br>v. )<br> )<br>RICHARD C. SOMERVILLE, ANNE ROCHE- )<br>SOMERVILLE, and )<br>SOLAR CONTRUCTION, INC. F/K/A GLOBE )<br>RUBBER WORKS, INC. )<br> )<br>*Defendants*. )<br>  ) | Civil Action No. 05-10323 (DPW) |

## PLAINTIFF'S CERTIFICATION UNDER LOCAL RULE 16.1(D)(3)

The undersigned hereby certify that Plaintiff Globe Composite Solutions, Ltd. f/k/a Kalm-Forsythe Global Innovations, Ltd. has conferred with its counsel Lawson & Weitzen, LLP: (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of this litigation; and (b) to consider the resolution of litigation through uses of alternative dispute resolution programs such as those outlined in LR 16.4.

PLAINTIFF,

_____
Globe Composite Solutions, Ltd.
By: Carl W. Forsythe

COUNSEL FOR PLAINTIFF,

_____
Evan T. Lawson, BBO #289280
Kathryn E. Pieczarka, BBO #658785
LAWSON & WEITZEN, LLP
88 Black Falcon Avenue, Suite 345
Boston, Massachusetts 02210
(617) 439-4990