DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GLOBE COMPOSITE SOLUTIONS, LTD. )<br>F/K/A KALM-FORSYTHE GLOBAL )<br>INNOVATIONS, LTD. )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD C. SOMERVILLE, ANNE )<br>ROCHE-SOMERVILLE, and )<br>SOLAR CONSTRUCTION, INC. F/K/A )<br>GLOBE RUBBER WORKS, INC. )<br>        Defendants. )<br>) | Civil Action No. 05 10323 DPW |

RICHARD C. SOMERVILLE and  )
SOLAR CONSTRUCTION, INC. F/K/A  )
GLOBE RUBBER WORKS, INC.  )
        Plaintiffs-in-Counterclaim  )
)
v.  )
)
GLOBE COMPOSITE SOLUTIONS, LTD. )
F/K/A KALM-FORSYTH GLOBAL  )
INNOVATIONS, LTD. and  )
CARL W. FORSYTHE  )
        Defendants-in-Counterclaim  )
)

## SUGGESTION OF DEATH OF RICHARD C. SOMERVILLE

The firm of Tarlow, Breed, Hart & Rodgers, P.C., attorneys of record for Defendants and Plaintiffs-in-Counterclaim in the above captioned action, suggests to the Court that Richard C. Somerville died on June 6, 2005, while living in Duxbury, Massachusetts, County of Plymouth, Commonwealth of Massachusetts.

                        Respectfully submitted,

                        Mark S. Furman (BBO# 181680)
                        Jennifer C. Roman (BBO# 643223)
                        Tarlow, Breed, Hart & Rodgers, P.C.
                        101 Huntington Avenue, Suite 500
                        Boston, MA 02199
                        (617) 218-2000
                        *Attorneys for Richard C. Somerville*

Dated: June 7, 2005

## CERTIFICATE OF SERVICE

    I, Jennifer C. Roman, hereby certify that this 7th day of June, 2005, the foregoing was served upon the following via facsimile service and first class mail, postage prepaid to:

    Kathryn E. Pieczarka, Esquire
    Lawson & Weitzen, LLP
    88 Black Falcon Avenue, Suite 345
    Boston, MA 02210

                        Jennifer C. Roman