UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                             )
GLOBE COMPOSITE SOLUTIONS, LTD. )
F/K/A KALM-FORSYTHE GLOBAL       )   Civil Action No. 05 10323 DPW
INNOVATIONS, LTD.                       )
         Plaintiff,                              )
                                             )
v.                                           )
                                             )
RICHARD C. SOMERVILLE, ANNE   )
ROCHE-SOMERVILLE, and              )
SOLAR CONSTRUCTION, INC. F/K/A )
GLOBE RUBBER WORKS, INC.         )
         Defendants.                          )
_____)


_____
                                             )
RICHARD C. SOMERVILLE and         )
SOLAR CONSTRUCTION, INC. F/K/A )
GLOBE RUBBER WORKS, INC.         )
         Plaintiffs-in-Counterclaim      )
                                             )
v.                                           )
                                             )
GLOBE COMPOSITE SOLUTIONS, LTD. )
F/K/A KALM-FORSYTH GLOBAL        )
INNOVATIONS, LTD. and                )
CARL W. FORSYTHE                      )
         Defendants-in-Counterclaim  )
_____)

## DEFENDANTS' ANNE ROCHE-SOMERVILLE AND SOLAR CONSTRUCTION, INC. F/K/A GLOBE RUBBER WORKS, INC. ASSENTED TO MOTION TO EXTEND TIME FOR FILING OF LOCAL RULE 16.1 CERTIFICATION AND REQUEST TO POSTPONE INITIAL SCHEDULING CONFERENCE

Now come the Defendants, Anne Roche-Somerville ("Roche-Somerville") and Solar Construction, Inc. f/k/a Globe Rubber Works, Inc. and respectfully request this Court (1) extend the time the Defendants have for the filing of the certification pursuant to Local Rule

16.1 and (2) postpone the initial scheduling conference due to the death of Richard C. Somerville.  As reasons thereof, the Defendants state as follows:

1. Richard C. Somerville ("Somerville") died on June 6, 2005.  A suggestion of death was filed with the Court on June 7, 2005.
2. A scheduling conference is scheduled for June 14, 2005.
3. Before Somerville's death, counsel for the defendants conferred with Somerville, both in his individual capacity and as president of Solar Construction, Inc. f.k.a Globe Rubber Works, Inc. and Roche-Somerville pursuant to Local Rule 16.1.  As a result of this conference, Somerville and Roche-Somerville signed a statement certifying that the conference had been held pursuant to Local Rule 16.1.  However, before counsel for the Defendants could file the certification with the Court, Somerville died.
4. Given the recent passing of Somerville, an executor or administrator has not been appointed to administer the estate of Somerville.  Accordingly, counsel for the defendants does not have the authority to act on behalf of the estate of Somerville.
5. Until such time as an executor or an administrator is appointed to the estate of Somerville, counsel for the defendants are not authorized to act on behalf of the estate of Somerville.
6. Prior to the dearth of Mr. Somerville, counsel had agreed upon a Joint Statement pursuant to rule 26(f) of the Federal Rules of Civil Procedure, but Mr. Somerville died before the Joint Statement was filed.  The Joint Statement was mistakenly filed because due to Mr. Somerville's death, counsel is not

        authorized to act on behalf of Mr. Somerville's estate or on behalf of Solar Construction, Inc.

7.     It is requested that a new initial scheduling conference be scheduled once a fiduciary is appointed to the estate for Mr. Somerville.

8.     The plaintiff and Carl W. Forsythe assent to this motion.

WHEREFORE, Defendants request that this Court extend the time they have for filing the Certification pursuant to Local Rule 16.1 and postpone the initial scheduling conference until such time as an executor is appointed for the estate for Richard C. Somerville and is substituted as a party to this action.

Respectfully submitted,
The Defendants, Anne Roche-Somerville and Solar Construction, Inc. f/k/a Globe Rubber Works, Inc.
By their attorneys,

*/s/ Mark S. Furman*
Mark S. Furman (BBO# 181680)
Jennifer C. Roman (BBO# 643223)
Tarlow, Breed, Hart & Rodgers, P.C.
101 Huntington Avenue
Boston, MA 02199
(617) 218-2000

Dated: June 10, 2005

Assented to:
Globe Composite Solutions, Ltd.
f/k/a Kalm-Forsythe Global Innovations, Ltd.
By their attorneys,

S/ Kathryn E. Pieczarka
Evan T. Lawson (BBO# 289280)
Kathryn E. Pieczarka (BBO# 658785)
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
(617) 439-4990

Dated: June 10, 2005

CERTIFICATE OF SERVICE

      I, Jennifer C. Roman, hereby certify that on June 10, 2005, I served the above Motion to Extend Time For Filing Certification Pursuant to Rule 16.1 upon the plaintiff by causing a copy to be sent via facsimile service and first class mail to Kathryn E. Pieczarka, Esquire, Lawson & Weitzen, LLP, 88 Black Falcon Avenue, Suite 345, Boston, MA 02210-2414.

                                              Jennifer C. Roman