UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
GLOBE COMPOSITE SOLUTIONS, LTD.             )
f/k/a KALM-FORSYTHE GLOBAL                  )
INNOVATIONS, LTD.                           )
                                            )
         *Plaintiff*,                       )
                                            )
v.                                          )   Civil Action No. 05-10323 (DPW)
                                            )
RICHARD C. SOMERVILLE, ANNE ROCHE-          )
SOMERVILLE, and                             )
SOLAR CONSTRUCTION, INC. f/k/a GLOBE        )
RUBBER WORKS, INC.                          )
                                            )
         *Defendants*.                      )
_____)

_____
                                            )
RICHARD C. SOMERVILLE, and SOLAR            )
CONSTRUCTION, INC. f/k/a GLOBE RUBBER       )
WORKS, INC.,                                )
                                            )
         *Plaintiffs-in-Counterclaim*,      )
                                            )
v.                                          )
                                            )
GLOBE COMPOSITE SOLUTIONS, LTD.             )
f/k/a KALM-FORSYTHE GLOBAL                  )
INNOVATIONS, LTD., and                      )
CARL W. FORSYTHE,                           )
                                            )
         *Defendants-in-Counterclaim*.      )
_____)

**REVISED JOINT STATEMENT PURSUANT TO FED R. CIV. P. 26(f)
AND LOCAL RULE 16.1**

Plaintiff, Globe Composite Solutions, Ltd. f/k/a Kalm-Forsythe Global Innovations, Ltd.,

and Defendants-in-Counterclaim, Globe Composite Solutions, Ltd. f/k/a Kalm-Forsythe Global

Innovations, Ltd. and Carl W. Forsythe, (collectively, Plaintiff) and Anne Roche-Somerville,

individually and as temporary executrix of the Estate of Richard C. Somerville (collectively, Defendants) hereby submit this Revised Joint Statement in accordance with Fed. R. Civ. P. 26(f) and Local Rule 16.1. Pursuant to a Notice of Scheduling Conference dated May 10, 2005, an initial scheduling conference was scheduled to be held on June 14, 2005 at 2:30 p.m. Prior to the scheduling conference, defendant Richard C. Somerville passed away and the initial scheduling conference was continued to be held on July 12, 2005 at 3:00 p.m. This joint statement is prepared for the continued scheduling conference to address new issues that may have arisen.

**I.      RULE 26(f)/LOCAL RULE 16.1(B) CONFERENCE.**

A telephone call was held on June 3, 2005, pursuant to Fed.R.Civ.P. 26(f) and Local Rule 16.1 (B). The following counsel participated in the teleconference:

> Evan T. Lawson and Kathryn E. Pieczarka of Lawson & Weitzen, LLP as counsel
>> for the Plaintiff and Defendants-in-Counterclaim
>
> Mark S. Furman and Jennifer C. Roman of Tarlow, Breed, Hart & Rodgers, P.C.
>> as counsel for the Defendants and Plaintiffs-in-Counterclaim

Subsequent to this telephone conference, counsel conferred briefly to discuss alternating the dates in preparation for the continued scheduling conference.

**II.     PROPOSED JOINT DISCOVERY PLAN AND CASE SCHEDULE.**

The above parties hereby submit the following proposed pretrial schedule:

1. Automatic disclosures to be served on or before July 28, 2005.
2. Any motions to amend or supplement the pleadings are to be served by November 30, 2005 and answered within the time specified in the Rules.
3. All discovery, as defined by Local Rule 26.1(c) and including depositions, shall

        be completed by May 26, 2006.

4.     The plaintiff and defendants-in-counterclaim shall designate experts, if any, and submit any expert reports by July 28, 2006.

5.     The defendants and plaintiffs-in-counterclaims shall designate experts, if any, and submit any expert reports by September 29, 2006.

6.     All expert depositions, if any, to be completed by October 31, 2006.

7.     All dispositive motions are to be filed on or before December 15, 2006; oppositions are to be filed on or before January 12, 2007; and replies are to be filed on or before February 2, 2007.

## III. OTHER MATTERS

1.     <u>Trial by Magistrate</u>.  At this time, the parties do not consent to trial before a United States Magistrate Judge.

2.     <u>Certification of Consultation</u>.  The parties shall file the parties' certification pursuant to Local Rule 16.1 (D)(3) electronically, as required for all filings by the Court, on or before the July 12, 2005 Scheduling Conference.  On June 7, 2005, the plaintiff filed its Certification of Consultation in anticipation of the originally scheduled Scheduling Conference.

3.     <u>Settlement Proposals</u>.  The plaintiff has presented a written settlement proposal to the defendants as required by Local Rule 16.1(c).  The defendants' counsel will confer with its client prior to the scheduling conference and be prepared to respond to the plaintiff's settlement proposal at the conference.

IV.    AGENDA

The above parties propose the following agenda for the Scheduling Conference:

1. The amendment of the Complaint to add several insurance companies that issued life insurance policies to Richard C. Somerville as reach and apply defendants;

2. The discovery plan and case schedule outlined above; and

3. Such other matters as the Court may find appropriate.

Respectfully Submitted,

| By Counsel for Plaintiff<br>and Defendants-in-Counterclaim: | By Counsel for Defendants<br>and Plaintiffs-in-Counterclaim: |
|---|---|
| /s/ **Kathryn E. Pieczarka** | /s/ **Jennifer C. Roman** |
| Evan T. Lawson, BBO #289280 | Mark S. Furman, BBO #181680 |
| Kathryn E. Pieczarka, BBO #658785 | Jennifer C. Roman, BBO #643223 |
| LAWSON & WEITZEN, LLP | Tarlow, Breed, Hart & Rodgers, P.C. |
| 88 Black Falcon Avenue, Suite 345 | 101 Huntington Avenue, Suite 500 |
| Boston, Massachusetts 02210 | Boston, Massachusetts 02199 |
| (617) 439-4990 | (617) 218-2000 |