UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GLOBE COMPOSITE SOLUTIONS, LTD. )<br>F/K/A KALM-FORSYTHE GLOBAL )<br>INNOVATIONS, LTD. )<br>       Plaintiff, )<br>        )<br>v. )<br>        )<br>RICHARD C. SOMERVILLE, ANNE )<br>ROCHE-SOMERVILLE, and )<br>SOLAR CONSTRUCTION, INC. F/K/A )<br>GLOBE RUBBER WORKS, INC. )<br>       Defendants. ) | Civil Action No. 05 10323 DPW<br><br>CERTIFICATION REQUIRED BY<br>LOCAL RULE 16.1(D)(3) |

|  |
|---|
| RICHARD C. SOMERVILLE and )<br>SOLAR CONSTRUCTION, INC. F/K/A )<br>GLOBE RUBBER WORKS, INC. )<br>       Plaintiffs-in-Counterclaim, )<br>v. )<br>GLOBE COMPOSITE SOLUTIONS, LTD. )<br>F/K/A KALM-FORSYTH GLOBAL )<br>INNOVATIONS, LTD. and )<br>CARL W. FORSYTHE, )<br>       Defendants-in-Counterclaim. ) |

    Anne Roche-Somerville, in her individual capacity and in her capacity as temporary executrix of the Estate of Richard Somerville, Mark S. Furman, counsel for the defendants, hereby certify that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses - of the litigation; (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs.

_____
Anne Roche-Somerville, individually
and as temporary executrix of
the Estate of Richard Somerville

Dated: July 5th, 2005

The Defendants,
By their attorneys,

_____
Mark S. Furman (BBO# 181680)
Tarlow, Breed, Hart & Rodgers, P.C.
101 Huntington Avenue, Suite 500
Boston, MA 02199
(617) 218-2000

Dated: July 5, 2005

2

## CERTIFICATE OF SERVICE

I, Mark S. Furman, hereby certify that on this 5th day of July, 2005, I served Certification Pursuant to Local Rule 16.1(D)(3) via facsimile and first class mail, postage pre-paid and addressed to:

    Kathryn E. Pieczarka, Esquire
    Lawson & Weitzen, LLP
    88 Black Falcon Avenue, Suite 345
    Boston, MA 02210-2414

_____
Mark S. Furman