UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLOBE COMPOSITE SOLUTIONS, LTD. )<br>F/K/A KALM-FORSYTHE GLOBAL )<br>INNOVATIONS, LTD. )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD C. SOMERVILLE, ANNE )<br>ROCHE-SOMERVILLE, and )<br>SOLAR CONSTRUCTION, INC. F/K/A )<br>GLOBE RUBBER WORKS, INC. )<br>        Defendants. ) | Civil Action No. 05 10323 DPW |
| RICHARD C. SOMERVILLE and )<br>SOLAR CONSTRUCTION, INC. F/K/A )<br>GLOBE RUBBER WORKS, INC. )<br>        Plaintiffs-in-Counterclaim )<br>)<br>v. )<br>)<br>GLOBE COMPOSITE SOLUTIONS, LTD. )<br>F/K/A KALM-FORSYTH GLOBAL )<br>INNOVATIONS, LTD. and )<br>CARL W. FORSYTHE )<br>        Defendants-in-Counterclaim ) | |

**DEFENDANTS' ANNE ROCHE-SOMERVILLE AND SOLAR CONSTRUCTION, INC. F/K/A GLOBE RUBBER WORKS, INC. MOTION TO EXTEND TIME FOR FILING OF RULE 26 INITIAL DISCLOSURES**

Now come the Defendants, Anne Roche-Somerville ("Roche-Somerville"), in her individual capacity and in her capacity as the Temporary Executrix of the Estate of Richard C. Somerville and Solar Construction, Inc. f/k/a Globe Rubber Works, Inc. and respectfully

request this Court extend the time the Defendants have for the filing of the Rule 26 Initial Disclosures. As reasons thereof, the Defendants state as follows:

1. Mark S. Furman is currently on trial in the Norfolk Superior Court, in the matter of <u>Merek Rubin, Individually and on behalf of Olympic Adhesives, Inc., v. John E. Murray, Jr., Stephen P. Hopkins, Paul C. Ryan, and Olympic Adhesives, Inc.</u> Civil Action Number 2000-433. The trial began on July 18, 2005, and is scheduled to continue through August 5, 2005. The trial days were July 18, 2005 through July 21, 2005, and it is scheduled to resume July 26, 2005, and July 27, 2005. It is possible the case will end on July 27, 2005. If it does not, it will resume on August 2, 2005. A true and accurate copy of the Notice To Appear For Trial is attached hereto as **Exhibit A**.

2. Attorney Furman's trial preparation and trial schedule have prevented Attorney Furman from conferring with the Defendants in order to finalize the Rule 26 Initial Disclosures, which, under the current Scheduling Order need to be filed on July 28, 2005.

3. While Attorney Furman will be back in the office at some point on July 27, 2005, in the afternoon, and will be in the office on July 28, 2005, he would request additional time to work on the Initial Disclosures.

4. On July 25, 2005, Jennifer C. Roman spoke with Kathryn E. Pieczarka of Lawson & Weitzen LLP. Ms. Pieczarka, as counsel for the plaintiff and Carl W. Forsythe, stated that they do not oppose this motion.

WHEREFORE, Defendants request that this Court extend the time they have for filing the Rule 26 Initial Disclosures until August 5, 2005.

    Respectfully submitted,
The Defendants, Anne Roche-Somerville and Solar Construction, Inc. f/k/a Globe Rubber Works, Inc.
By their attorneys,

/s/ Mark S. Furman
Mark S. Furman (BBO# 181680)
Jennifer C. Roman (BBO# 643223)
Tarlow, Breed, Hart & Rodgers, P.C.
101 Huntington Avenue
Boston, MA 02199
(617) 218-2000

Dated: July 25, 2005

## CERTIFICATE OF SERVICE

I, Jennifer C. Roman, hereby certify that on July 25, 2005, I served the above Motion to Extend Time For Filing Rule 26 Initial Disclosures upon the plaintiff by causing a copy to be sent via facsimile service and first class mail to Kathryn E. Pieczarka, Esquire, Lawson & Weitzen, LLP, 88 Black Falcon Avenue, Suite 345, Boston, MA 02210-2414.

/s/ Jennifer C. Roman
Jennifer C. Roman