UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GLOBE COMPOSITE SOLUTIONS, LTD. )<br>F/K/A KALM-FORSYTHE GLOBAL )<br>INNOVATIONS, LTD., )<br>    *Plaintiff*, )<br>)<br>v. )<br>)<br>RICHARD C. SOMERVILLE, )<br>SOLAR CONSTRUCTION, INC. F/K/A )<br>GLOBE RUBBER WORKS, INC. and )<br>ANNE ROCHE-SOMERVILLE, )<br>    *Defendants*. )<br>) | Civil Action No. 05-10323 (DPW) |
| RICHARD C. SOMERVILLE, )<br>SOLAR CONSTRUCTION, INC. F/K/A )<br>GLOBE RUBBER WORKS, INC. and )<br>ANNE ROCHE-SOMERVILLE, )<br>    *Plaintiffs-in-Counterclaim*, )<br>)<br>v. )<br>)<br>GLOBE COMPOSITE SOLUTIONS, LTD. )<br>F/K/A KALM-FORSYTHE GLOBAL )<br>INNOVATIONS, LTD. and )<br>CARL W. FORSYTHE, )<br>    *Defendants-in-Counterclaim*. )<br>) |  |

**JOINT MOTION TO EXTEND DISCOVERY DEADLINE AND
EXPERT DISCLOSURE AND DEPOSITION DEADLINES**

All parties hereby move the Court to extend the discovery deadline from December 1, 2005 to **February 1, 2006.** Further, all parties hereby move the Court to extend the expert disclosure deadlines and expert deposition deadline accordingly, as detailed below.

This motion should be granted for the following reasons:

1

1. All parties have been working diligently to serve discovery and gather responsive discovery to produce to the opposing side.

2. This case concerns disputes that arose out of a business transaction, where plaintiff purchased the defendants' business. Therefore, plaintiff has extensive documentation on the issues in this case. Despite plaintiff's diligence in gathering documentation while simultaneously running its business operations, it has taken plaintiff over two months to gather discovery, totaling thousands of pages, for defendants to review. Further, defendants are still gathering their discovery. Accordingly, the parties are preparing to take depositions but need additional time.

3. As a result, due to the extensive amount of discovery, both for plaintiff to gather and produce and for the defendants to review, the parties need additional time to conduct the discovery phase of this case.

2. Therefore, the parties request that the Court extend the discovery deadline, currently set for December 1, 2005, to **February 1, 2006**.

7. In addition, the deadline to make expert disclosures is scheduled for January 16, 2006 for plaintiff and February 13, 2006 for defendant. These deadlines were contingent on the parties completing discovery by December 1, 2005. Therefore, the parties request that the Court reset the expert disclosure deadlines to **February 13, 2006 for plaintiff** and **March 13, 2006** for defendant, and reset the **expert deposition deadline to April 28, 2006.**

WHEREFORE, the parties request that the Court extend the discovery deadline to **February 1, 2006**, extend plaintiff's expert disclosure to **February 13, 2006**, extend defendants' expert disclosure deadline to **March 13, 2006**, and extend the deadline for expert depositions to **April 28, 2006**. Further, the parties request that the Court reschedule any other deadlines as appropriate.

| | |
|---|---|
| PLAINTIFF,<br>By its attorneys,<br><br>　　/s/ **Kathryn E. Pieczarka**　　<br>Evan T. Lawson (BBO# 289280)<br>Kathryn E. Pieczarka (BBO# 658785)<br>LAWSON & WEITZEN, LLP<br>88 Black Falcon Avenue, Suite 345<br>Boston, MA 02210<br>(617) 439-4990 | DEFENDANTS,<br>By their attorneys,<br><br>　　/s/ **Jennifer C. Roman**　　<br>Mark S. Furman (BBO# 181680)<br>Jennifer C. Roman (BBO# 643223)<br>Tarlow, Breed, Hart & Rodgers, PC<br>101 Huntington Avenue, Suite 500<br>Boston, MA 02199<br>(617) 218-2000 |