UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GLOBE COMPOSITE SOLUTIONS, LTD. f/k/a KALM-FORSYTHE GLOBAL INNOVATIONS, LTD.<br><br>*Plaintiff*,<br><br>v.<br><br>RICHARD C. SOMERVILLE, ANNE ROCHE-SOMERVILLE, and SOLAR CONTRUCTION, INC. F/K/A GLOBE RUBBER WORKS, INC.<br><br>*Defendants*. | Civil Action No. 05-10323 (DPW) |

**NOTICE OF APPEARANCE**

Kindly file an appearance for Clare B. Burhoe of Lawson & Weitzen, LLP as co-counsel for the Plaintiff and Counter Defendant, Globe Composite Solutions, Ltd. f/k/a Kalm-Forsythe Global Innovations, Ltd., and Counter Defendant, Carl W. Forsythe.

By its attorneys,

  **/s/ Clare B. Burhoe**
Evan T. Lawson, BBO #289280
Clare B. Burhoe #632238
LAWSON & WEITZEN, LLP
88 Black Falcon Avenue, Suite 345
Boston, Massachusetts 02210
(617) 439-4990