UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GLOBE COMPOSITE SOLUTIONS, LTD. )<br>F/K/A KALM-FORSYTHE GLOBAL )<br>INNOVATIONS, LTD. )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD C. SOMERVILLE, )<br>SOLAR CONSTRUCTION, INC. F/K/A )<br>GLOBE RUBBER WORKS, INC. and )<br>ANNE ROCHE-SOMERVILLE )<br>      Defendants. )  | Civil Action No. 05 10323 DPW |

|  |
|---|
| RICHARD C. SOMERVILLE, )<br>SOLAR CONSTRUCTION, INC. F/K/A )<br>GLOBE RUBBER WORKS, INC. and )<br>ANNE ROCHE-SOMERVILLE )<br>      Plaintiffs-in-Counterclaim, )<br>)<br>v. )<br>)<br>GLOBE COMPOSITE SOLUTIONS, LTD. )<br>F/K/A KALM-FORSYTHE GLOBAL )<br>INNOVATIONS, LTD. and )<br>CARL W. FORSYTHE, )<br>      Defendants-in-Counterclaim. ) |

**MOTION TO WITHDRAW OPPOSITION OF ANNE ROCHE-SOMERVILLE, IN HER INDIVIDUAL CAPACITY AND IN HER CAPACITY AS EXECUTRIX OF THE ESTATE OF RICHARD C. SOMERVILLE AND SOLAR CONSTRUCTION, INC. F/K/A GLOBE RUBBER WORKS, INC. TO PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT IN LIGHT OF PLAINTIFF'S WITHDRAWAL OF SAID MOTION**

The defendants, Anne Roche-Somerville, individually and in her capacity as Executrix of the estate of Richard C. Somerville, and Solar Construction, Inc. f/k/a Globe Rubber Works, Inc.

( Mrs. Roche-Somerville, the Estate and Solar Construction, Inc. are collectively referred to herein as the "Defendants") move to withdraw their Opposition To The Plaintiff's Motion For Leave To File First Amended Complaint filed on August 29, 2005, Docket Entry Number 33 (hereinafter "Opposition"). As reasons therefore, the Defendants state the following:

1. On August 15, 2005, Plaintiff, Globe Composite Solutions, Ltd. filed its Motion To Amend Complaint, Docket Entry Number 32 (hereinafter "Motion To Amend"). On August 29, 2005, the Defendants filed their Opposition.

2. On November 3, 2005, the Plaintiff, Globe Composite Solutions, Ltd. filed an Assented To Motion For Leave To File Revised First Amended Complaint, Docket Entry Number 36. In this Motion, the Plaintiff withdrew the Motion To Amend and sought leave to file a Revised First Amended Complaint.

3. The Defendants' Opposition was only applicable to the Motion To Amend. The Defendants do not oppose the filing of either Globe Composite Solutions, Ltd.'s Revised First Amended Complaint nor do they oppose the filing of Globe Composite Solutions, Ltd.'s Second Amended Complaint.

WHEREFORE, Anne Roche-Somerville, individually and as Executrix of the Estate of Richard C. Somerville, and Solar Construction, Inc. f/k/a Globe Rubber Works, Inc. hereby withdraw their Opposition To The Plaintiff's Motion For Leave To File First Amended Complaint filed on August 29, 2005.

Respectfully submitted,

Anne Roche-Somerville, individually and as Executrix of the Estate of Richard C. Somerville and Solar Construction, Inc. f/k/a Globe Rubber Works, Inc.

By their attorneys,

/s/ Jennifer C. Roman
Mark S. Furman (BBO No. 181680)
Jennifer C. Roman (BBO No. 643223)
Tarlow Breed Hart & Rodgers, P.C.
101 Huntington Avenue, Suite 500
Boston, MA 02199
Tel. No. 617-218-2000

Dated: December 12, 2005