UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GLOBE COMPOSITE SOLUTIONS, LTD. f/k/a KALM-FORSYTHE GLOBAL INNOVATIONS, LTD.,<br><br>*Plaintiff*,<br><br>v.<br><br>RICHARD C. SOMERVILLE, ANNE ROCHE-SOMERVILLE, and SOLAR CONSTRUCTION, INC. f/k/a GLOBE RUBBER WORKS, INC.,<br><br>*Defendants*. | Civil Action No. 05-10323 (DPW) |
| RICHARD C. SOMERVILLE, and SOLAR CONSTRUCTION, INC. f/k/a GLOBE RUBBER WORKS, INC.,<br><br>*Plaintiffs-in-Counterclaim*,<br><br>v.<br><br>GLOBE COMPOSITE SOLUTIONS, LTD. f/k/a KALM-FORSYTHE GLOBAL INNOVATIONS, LTD., and CARL W. FORSYTHE,<br><br>*Defendants-in-Counterclaim.* |  |

**ASSENTED TO MOTION TO RECONSIDER ALLOWANCE OF
PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

Plaintiff, Globe Composite Solutions, Ltd. f/k/a Kalm-Forsythe Global Innovations, Ltd.

("Globe"), respectfully requests that this Court reconsider its allowance of Globe's *Motion for*

*Leave to File First Amended Complaint* and deny same. Said motion was opposed by defendants

for reasons which ultimately lead Globe to file a *Revised* First Amended Complaint, to which no opposition was filed by defendants. This Court allowed both Globe's *Motion for Leave to File First Amended Complaint* as well as its *Motion for Leave to File Revised First Amended Complaint.* However, it was the intention of the parties that only the *Revised* First Amended Complaint be allowed. Additionally, Globe subsequently filed an *Assented to Motion for Leave to File Second Amended Complaint,* which the Court allowed. The parties request that the Court's rulings allowing the *Revised* First Amended Complaint and the Second Amended Complaint not be disturbed.

WHEREFORE, the plaintiff requests that the Court reconsider Globe's *Motion for Leave to File First Amended Complaint* and deny same.

>Respectfully Submitted,
>GLOBE COMPOSITE SOLUTIONS, LTD.
>f/k/a KALM-FORSYTHE GLOBAL
>INNOVATIONS, INC.
>By its counsel,
>
>____/s/ Clare B. Burhoe_____
>Evan T. Lawson, BBO #289280
>Clare B. Burhoe, BBO #632238
>LAWSON & WEITZEN, LLP
>88 Black Falcon Avenue, Suite 345
>Boston, Massachusetts 02210
>(617) 439-4990

**Assented to by:**

____/s/ Jennifer C. Roman_____
Mark S. Furman (BBO# 181680)
Jennifer C. Roman (BBO# 643223)
Tarlow, Breed, Hart & Rodgers, PC
101 Huntington Avenue, Suite 500
Boston, MA 02199
(617) 218-2000