UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| GLOBE COMPOSITE SOLUTIONS, LTD. F/K/A KALM-FORSYTHE GLOBAL INNOVATIONS, LTD.<br>　　　Plaintiff,<br><br>v.<br><br>RICHARD C. SOMERVILLE, ANNE ROCHE-SOMERVILLE, and SOLAR CONSTRUCTION, INC. F/K/A GLOBE RUBBER WORKS, INC.<br>　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05 10323 DPW |
| RICHARD C. SOMERVILLE and SOLAR CONSTRUCTION, INC. F/K/A GLOBE RUBBER WORKS, INC.<br>　　　Plaintiffs-in-Counterclaim<br><br>v.<br><br>GLOBE COMPOSITE SOLUTIONS, LTD. F/K/A KALM-FORSYTH GLOBAL INNOVATIONS, LTD. and CARL W. FORSYTHE<br>　　　Defendants-in-Counterclaim | ) ) ) ) ) ) ) ) ) ) ) ) ) |  |

## DEFENDANTS' MOTION TO QUASH SUBPOENA

Now comes the defendants in the above-captioned matter and respectfully request that this Court issue an order quashing a certain subpoena served by the plaintiff, Globe Composite Solutions, Ltd. ("Globe Composite"), upon the Keeper of the Records of Rockland Trust Co., which request seeks the production of the following documents:

    1.    Accounts held in the name of Richard C. Somerville, deceased, on or after August 3, 2004;

    2.    Accounts held in the name of Anne Roche-Somerville, individually and in her capacity as Executrix of the Estate of Richard C. Somerville, on or after August 3, 2004;

    3.    Loans made to and/or loan applications made by Richard C. Somerville on or after August 3, 2004;

    4.    Loans made to and/or loan applications made by Anne Roche-Somerville on or after August 3, 2004;

    5.    Loans made to and/or loan applications made by Solar Construction, Inc. on or after August 3, 2004; and

    6.    Loans made to and/or loan applications made by Globe Rubber Works, Inc. on or after August 3, 2004.

As grounds therefore, the defendants state that the requested documents are irrelevant to the subject matter of this litigation, the requested documents are being sought solely to determine the assets of the defendants, which information is beyond the scope of permissible discovery and the subpoena was served solely to harass the Defendants. Furthermore, the documents sought by the plaintiff are confidential. See, Vol. 6, Moore's Federal Practice, §26.41[8][a] (Mathew Bender 3d ed.) .

WHEREFORE, the defendants respectfully request that this Court issue an Order quashing the subpoena served by the plaintiff on Rockland Trust Co. which seeks bank account and loan documents of Richard C. Somerville, Anne Roche-Somerville, Solar Construction, Inc.

and Globe Rubber Works, Inc.

        Respectfully submitted,
        The defendants,
        By their attorney,


        /s/ Jennifer C. Roman_____
        Mark S. Furman (BBO #181680)
        Jennifer C. Roman (BBO #643223)
        Tarlow, Breed, Hart & Rodgers, P.C.
        101 Huntington Avenue, Suite 500
        Boston, MA 02199
        (617) 218 - 2045

Date: January 4, 2006

**LOCAL RULE 7.1 CERTIFICATION**

    I, Jennifer C. Roman, certify that on January 3, 2006 and January 4, 2006 I spoke with Clare B. Burhoe, Esquire, counsel for the Plaintiff, in an attempt to resolve or narrow the issue in this Motion.

        /s/ Jennifer C. Roman
        Jennifer C. Roman