UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GLOBE COMPOSITE SOLUTIONS, LTD. )<br>F/K/A KALM-FORSYTHE GLOBAL )<br>INNOVATIONS, LTD. )<br>       Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD C. SOMERVILLE, ANNE )<br>ROCHE-SOMERVILLE, and )<br>SOLAR CONSTRUCTION, INC. F/K/A )<br>GLOBE RUBBER WORKS, INC. )<br>       Defendants. )<br><br>RICHARD C. SOMERVILLE and )<br>SOLAR CONSTRUCTION, INC. F/K/A )<br>GLOBE RUBBER WORKS, INC. )<br>       Plaintiffs-in-Counterclaim )<br>)<br>v. )<br>)<br>GLOBE COMPOSITE SOLUTIONS, LTD. )<br>F/K/A KALM-FORSYTH GLOBAL )<br>INNOVATIONS, LTD. and )<br>CARL W. FORSYTHE )<br>       Defendants-in-Counterclaim ) | Civil Action No. 05 10323 DPW |

**JOINT MOTION TO EXTEND DISCOVERY DEADLINE, EXPERT DISCLOSURE
AND EXPERT DEPOSITION DEADLINES**

      All parties hereby move the Court to extend the discovery deadline from February 1, 2006 to **June 1, 2006**. Further all parties hereby move the Court to extend the expert disclosure deadlines and expert deposition deadline accordingly, as detailed below.

      This Motion should be granted for the following reasons:

1.   This case concerns disputes that arose out of a business transaction, where plaintiff purchased certain assets of the business of Solar Construction, Inc. f/k/a Globe Rubber Works, Inc.  Plaintiff seeks single damages, exclusive of interest, in excess of $5 million, plus treble damages and attorney's fees under M.G.L.c. 93A.  Defendants seek single damages, exclusive of interest, in excess of $3.0 million, plus treble damages and attorney's fees under M.G.L. c. 93A.

2.   Plaintiff answered interrogatories on or about November 16, 2005 and produced approximately 13,000 pages of documents on or about November 16, 2005.  Defendants answered interrogatories on or about December 5, 2005 and produced documents on or about December 7, 2005.  Certain issues remain between the parties as to the scope of what was produced and what was withheld from production.

3.   Plaintiffs have withheld certain discovery responses on the basis that they may require the disclosure of government classified or otherwise sensitive information that plaintiffs are not authorized to disclose or place in the public domain. On December 20, 2005 plaintiffs sent a letter to the Office of the United States Attorney requesting guidance as to what information may or may not be disclosed and whether a protective order is warranted.  A representative of the Office of the United States Attorney represented to plaintiffs on January 5, 2006 that a meeting to discuss the issue will be scheduled but that a specific date has not yet been set.  Based on this information, it appears unlikely that under the current discovery deadline the issue can be resolved in a timeframe that will allow the defendants to have potentially discoverable information available to them prior to taking depositions.

4.   The parties have been discussing the scheduling of depositions.  However, given the number of documents in the case, the nature of the issues and the personal and professional schedules of both witnesses and counsel, they will be unable to schedule and complete the depositions before the current discovery deadline of February 1, 2006.

5.   In addition, on December 23, 2005, the Defendants filed an answer to the Plaintiff's Second Amended Complaint and an Amended Counterclaim which addresses certain events which occurred after the filing of the Complaint and the Answer and Counterclaim.  Accordingly, additional discovery will need to be conducted with respect to the additional claims raised in the defendants' Amended Counterclaim.

6.   Furthermore, currently pending in the United States District Court is a second, related matter, an action for interpleader filed by American General Life Insurance Co.  The case name is *American General Life Insurance Company v. Kalfor Solutions Group, LLC, in its capacity as General Partner of Globe Composite Solutions, Ltd. Solar Construction, Inc. and Anne Roche-Somerville, in her capacity as Executrix of the Estate of Richard C.*

*Somerville*, docket number 05-CV-11925 (hereinafter "American General Litigation").  Since the American General Litigation and this case arise out of a series of transactions or occurrences and a common question of law common to all defendants will arise in the action, the parties will be filing a motion to consolidate the American General Litigation with this case.  Discovery has not yet begun in the American General Litigation.

7. As a result, the parties need additional time to conduct the discovery phase of the case.

8. Therefore, the parties request that the Court extend the discovery deadline, currently set for February 1, 2006 to **June 1, 2006**.

9. In addition, the deadline to make expert disclosures is scheduled for March 13, 2006 for Plaintiff and April 13, 2006 for the Defendants.  These deadlines were contingent upon the parties completing discovery by February 1, 2005.  Therefore, the parties request this Court extend the expert disclosure deadlines to **June 1, 2006 for Plaintiff** and **July 3, 2006 for Defendants,** and extend the expert deposition deadline to **August 14, 2006**.

WHEREFORE, the parties request the Court extend the discovery deadline to **June 1, 2006**, extend the Plaintiff's expert disclosure to **June 1, 2006** and the Defendants' expert disclosure to **July 3, 2006**, and extend the time for expert depositions to **August 14, 2006**.

Respectfully submitted,

The Defendants, Anne Roche-Somerville and Solar Construction, Inc. f/k/a Globe Rubber Works, Inc.

By their attorneys,

/s/ Jennifer C. Roman
Mark S. Furman (BBO# 181680)
mfurman@tbhr-law.com
Jennifer C. Roman (BBO# 643223)
jroman@tbhr-law.com
Tarlow, Breed, Hart & Rodgers, P.C.
101 Huntington Avenue
Boston, MA 02199
(617) 218-2000

>The Plaintiff/Defendant-in-Counterclaim, Globe Composite Solutions, Ltd. f/k/a Kalm-Forsythe Global Innovations, Ltd. and Defendant-in-Counterclaim Carl W. Forsythe,
>
>By their attorneys,
>
>
>/s/ Clare B. Burhoe
>Evan T. Lawson (BBO# 658785)
>elawson@lawson-weitzen.com
>Clare B. Burhoe (BBO# 632238)
>cburhoe@lawson-weitzen.com
>Lawson & Weitzen, LLP
>88 Black Falcon Avenue, Suite 345
>Boston, MA 02210
>(617) 439-4990

Dated: January 5 , 2006