UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                          )
GLOBE COMPOSITE SOLUTIONS, LTD.           )
F/K/A KALM-FORSYTHE GLOBAL                )
INNOVATIONS, LTD.,                        )
                                          )   Civil Action No. 05-10323DPW
         *Plaintiff*,                     )
                                          )
v.                                        )
                                          )
ANNE ROCHE-SOMERVILLE, individually       )
and in her capacity as Executrix of the Estate of )
Richard C. Somerville, and                )
SOLAR CONSTRUCTION, INC., INC. F/K/A      )
GLOBE RUBBER WORKS, INC.,                 )
                                          )
         *Defendants*.                    )
_____)
_____
                                          )
ANNE ROCHE-SOMERVILLE,                    )
in her capacity as Executrix of the Estate of )
Richard C. Somerville, and                )
SOLAR CONSTRUCTION, INC F/K/A             )
GLOBE RUBBER WORKS, INC.,                 )
                                          )
         *Plaintiffs-in-Counterclaim*,    )
                                          )
v.                                        )
                                          )
GLOBE COMPOSITE SOLUTIONS, LTD.           )
F/K/A KALM-FORSYTHE GLOBAL                )
INNOVATIONS, LTD. and                     )
CARL W. FORSYTHE,                         )
                                          )
         *Defendants-in-Counterclaim*     )
_____)

**ANSWER OF GLOBE COMPOSITE SOLUTIONS, LTD.
F/K/A KALM-FORSTYHE GLOBAL INNOVATIONS, LTD.
TO AMENDED COUNTERCLAIM OF ANNE ROCHE-SOMERVILLE,
IN HER CAPACITY AS EXECUTRIX OF THE ESTATE OF RICHARD C.
SOMERVILLE, AND SOLAR CONSTRUCTION, INC.**

FIRST DEFENSE

1. Admitted.

2. Admitted.

3. Globe Composite Solutions, Ltd. f/k/a Kalm-Forsythe Global Innovations, Ltd. ("Globe Composite") states that Globe Composite is a not a Texas corporation but a Texas limited liability partnership. The reminder of paragraph 3 is admitted.

4. Admitted.

5. To the extent Paragraph 5 states legal conclusions, no response is required.

6. To the extent Paragraph 6 states legal conclusions, no response is required.

7. Globe Composite Solutions, Ltd. f/k/a Kalm-Forsythe Global Innovations, Ltd. ("Globe Composite") is without sufficient information to admit or deny Paragraph 7.

8. Globe Composite is without sufficient information to admit or deny Paragraph 8.

9. Globe Composite is without sufficient information to admit or deny Paragraph 9.

10. Admitted.

11. Globe Composite is without sufficient information to admit or deny Carl Forsythe's ("Forsythe") personal actions. Globe Composite denies the remainder of Paragraph 11.

12. Globe Composite admits that it executed an Asset Purchase Agreement with Globe Rubber and Richard Somerville ("Somerville") in August 2004. Globe Composite admits that Exhibit A is a copy of the Asset Purchase Agreement. Globe Composite

admits that Exhibit B is the Globe Rubber Disclosure Schedule. These documents speak for themselves and require no further response.

13. Exhibit A is a document that speaks for itself. No further response is necessary.

14. Exhibit A is a document that speaks for itself. Globe Composite admits that Exhibit C is a promissory note executed by Globe Composite and payable to Somerville. Globe Composite admits that Exhibit D is a promissory note executed by Globe Composite and payable to Somerville. Globe Composite admits that Exhibit E is a promissory note executed by Globe Composite and Forsythe and payable to Somerville.

15. Exhibit C is a document that speaks for itself. No further response is necessary.

16. Exhibit D is a document that speaks for itself. No further response is necessary.

17. Exhibit E is a document that speaks for itself. Globe Composite denies the remaining allegations of Paragraph 17.

18. To the extent Paragraph 18 states legal conclusions, no response is required. Globe Composite denies the remaining allegations of Paragraph 18.

19. Exhibit F is a document that speaks for itself. No further response is necessary.

20. Exhibit A is a document that speaks for itself. No further response is necessary.

21. Exhibit A is a document that speaks for itself. Globe Composite is without sufficient information to admit or deny the remainder of Paragraph 21.

22. Exhibit G is a document that speaks for itself. No further response is necessary.

23. Exhibit G is a document that speaks for itself. No further response is necessary.

24. Exhibit G is a document that speaks for itself. No further response is necessary.

25. Exhibit G is a document that speaks for itself. No further response is necessary.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Denied.

35. Denied.

36. Denied.

37. Denied.

38. Globe Composite denies that it wrongfully demanded all escrow funds. Globe Composite is without sufficient information to admit or deny the remainder of Paragraph 38.

39. Exhibit H is a document that speaks for itself. No further response is necessary.

40. Denied.

41. Denied.

42. Admitted.

43. Denied.

44. Denied.

45. Globe Composite is without sufficient information to admit or deny Paragraph 45.

46. To the extent Paragraph 46 states legal conclusions, no response is required. Globe Composite denies the remainder of Paragraph 46.

47. Globe Composite admits the allegations in the first sentence of Paragraph 47. Globe Composite denies the allegations in the second sentence of Paragraph 47.

48. Denied.

49. Globe Composite admits the allegations in the first sentence of Paragraph 49. Globe Composite denies the allegations in the second sentence of Paragraph 49.

50. Denied.

51. Admitted.

52. Denied.

53. Denied.

54. Denied.

55. Globe Composite denies the allegations in the first sentence of Paragraph 55. Globe Composite admits the allegations in the second, third and fourth sentences of

Paragraph 55. Globe Composite admits that the Estate and Globe Rubber asserted a declaratory judgment cross-claim against it but denies that said claim is meritorious.

    56.    Globe Composite re-alleges and incorporates herein by reference its responses as set forth above.

    57.    To the extent Paragraph 57 states legal conclusions, no response is required. Globe Composite denies the remainder of Paragraph 57.

    58.    To the extent Paragraph 58 states legal conclusions, no response is required. Globe Composite denies the remainder of Paragraph 58.

    59.    Globe Composite re-alleges and incorporates herein by reference its responses as set forth above.

    60.    To the extent Paragraph 60 states legal conclusions, no response is required. Globe Composite denies the remainder of Paragraph 60.

    61.    To the extent Paragraph 61 states legal conclusions, no response is required. Globe Composite denies the remainder of Paragraph 61.

    62.    Globe Composite re-alleges and incorporates herein by reference its responses as set forth above.

    63.    To the extent Paragraph 63 states legal conclusions, no response is required. Globe Composite denies the remainder of Paragraph 63.

    64.    To the extent Paragraph 64 states legal conclusions, no response is required. Globe Composite denies the remainder of Paragraph 64.

    65.    To the extent Paragraph 65 states legal conclusions, no response is required. Globe Composite denies the remainder of Paragraph 65.

66. Globe Composite re-alleges and incorporates herein by reference its responses as set forth above.

67. To the extent Paragraph 67 states legal conclusions, no response is required. Globe Composite denies the remainder of Paragraph 67.

68. To the extent Paragraph 68 states legal conclusions, no response is required. Globe Composite denies the remainder of Paragraph 68.

69. To the extent Paragraph 69 states legal conclusions, no response is required. Globe Composite denies the remainder of Paragraph 69.

70. Globe Composite re-alleges and incorporates herein by reference its responses as set forth above.

71. To the extent Paragraph 62 states legal conclusions, no response is required. Globe Composite denies the remainder of Paragraph 62.

72. To the extent Paragraph 72 states legal conclusions, no response is required. Globe Composite denies the remainder of Paragraph 72.

73. To the extent Paragraph 73 states legal conclusions, no response is required. Globe Composite denies the remainder of Paragraph 73.

74. Globe Composite re-alleges and incorporates herein by reference its responses as set forth above.

75. Paragraph 75 is not directed to Globe Composite. Globe Composite is without sufficient information to admit or deny Paragraph 75.

76. Paragraph 76 is not directed to Globe Composite. Globe Composite is without sufficient information to admit or deny Paragraph 76.

77. Paragraph 77 is not directed to Globe Composite.  Globe Composite is without sufficient information to admit or deny Paragraph 77.

78. Paragraph 78 is not directed to Globe Composite.  Globe Composite is without sufficient information to admit or deny Paragraph 78.

79. Globe Composite re-alleges and incorporates herein by reference its responses as set forth above.

80. To the extent Paragraph 80 states legal conclusions, no response is required. Globe Composite denies the remainder of Paragraph 80.

81. To the extent Paragraph 81 states legal conclusions, no response is required. Globe Composite denies the remainder of Paragraph 81.

82. To the extent Paragraph 82 states legal conclusions, no response is required. Globe Composite denies the remainder of Paragraph 82.

83. To the extent Paragraph 83 states legal conclusions, no response is required. Globe Composite denies the remainder of Paragraph 83.

84. To the extent Paragraph 84 states legal conclusions, no response is required. Globe Composite denies the remainder of Paragraph 84.

85. To the extent Paragraph 85 states legal conclusions, no response is required. Globe Composite denies the remainder of Paragraph 85.

86. To the extent Paragraph 86 states legal conclusions, no response is required. Globe Composite denies the remainder of Paragraph 86.

87. Globe Composite re-alleges and incorporates herein by reference its responses as set forth above.

88. To the extent that paragraph 88 states legal conclusions, no response is required. Globe Composite further states that Exhibits A, C, D, E and G speak for themselves. Globe Composite denies that it breached the Asset Purchase Agreement, the $400,000 Note, the $200,000 Note, the $150,000 Note and/or the Employment Agreement or made any misrepresentations with respect to same and further states that Globe Composite's obligations under the Asset Purchase Agreement, the $400,000 Note, the $200,000 Note, the $150,000 Note and/or the Employment Agreement are void as a result of the conduct of Somerville and Globe Rubber as alleged in the Second Amended Complaint.

89. Denied.

90. Globe Composite is without sufficient information to admit or deny Paragraph 90.

91. To the extent Paragraph 91 states legal conclusions, no response is required. Globe Composite denies the remainder of Paragraph 91.

92. To the extent Paragraph 92 states legal conclusions, no response is required. Globe Composite denies the remainder of Paragraph 92.

93. To the extent Paragraph 93 states legal conclusions, no response is required. Globe Composite denies the remainder of Paragraph 93.

94. To the extent Paragraph 94 states legal conclusions, no response is required. Globe Composite denies the remainder of Paragraph 94.

95. To the extent Paragraph 95 states legal conclusions, no response is required. Globe Composite denies the remainder of Paragraph 95.

96. Globe Composite re-alleges and incorporates herein by reference its responses as set forth above.

97. To the extent Paragraph 97 states legal conclusions, no response is required. Globe Composite denies the remainder of Paragraph 97.

98. To the extent Paragraph 98 states legal conclusions, no response is required. Globe Composite denies the remainder of Paragraph 98.

99. To the extent Paragraph 99 states legal conclusions, no response is required. Globe Composite denies the remainder of Paragraph 99.

100. To the extent Paragraph 100 states legal conclusions, no response is required. Globe Composite denies the remainder of Paragraph 100.

101. To the extent Paragraph 101 states legal conclusions, no response is required. Globe Composite denies the remainder of Paragraph 101.

102. To the extent Paragraph 102 states legal conclusions, no response is required. Globe Composite denies the remainder of Paragraph 102.

103. Paragraph 103 is not directed to Globe Composite. Globe Composite is without sufficient information to admit or deny Paragraph 103.

104. Exhibit A is a document that speaks for itself. No further response is necessary.

105. Exhibit A is a document that speaks for itself. No further response is necessary.

106. Exhibit A is a document that speaks for itself. No further response is necessary.

107. Admitted.

108. Exhibit A is a document that speaks for itself. No further response is necessary.

109. To the extent Paragraph 109 states legal conclusions, no response is required. Globe Composite denies the remainder of Paragraph 109.

110. Paragraph 110 is not directed to Globe Composite. Globe Composite is without sufficient information to admit or deny Paragraph 110.

111. Paragraph 111 is not directed to Globe Composite. Globe Composite is without sufficient information to admit or deny Paragraph 111.

112. Paragraph 112 is not directed to Globe Composite. Globe Composite is without sufficient information to admit or deny Paragraph 112.

113. Globe Composite re-alleges and incorporates herein by reference its responses as set forth above.

114. To the extent Paragraph 114 states legal conclusions, no response is required. Globe Composite denies the remainder of Paragraph 114.

115. To the extent Paragraph 115 states legal conclusions, no response is required. Globe Composite denies the remainder of Paragraph 115.

116. Globe Composite re-alleges and incorporates herein by reference its responses as set forth above.

117. To the extent Paragraph 117 states legal conclusions, no response is required. Globe Composite denies the remainder of Paragraph 117.

118. To the extent Paragraph 118 states legal conclusions, no response is required. Globe Composite denies the remainder of Paragraph 118.

119. Globe Composite re-alleges and incorporates herein by reference its responses as set forth above.

120. To the extent Paragraph 120 states legal conclusions, no response is required. Globe Composite denies the remainder of Paragraph 120.

121. To the extent Paragraph 121 states legal conclusions, no response is required. Globe Composite denies the remainder of Paragraph 121.

122. To the extent Paragraph 122 states legal conclusions, no response is required. Globe Composite denies the remainder of Paragraph 122.

123. Globe Composite re-alleges and incorporates herein by reference its responses as set forth above.

124. To the extent Paragraph 124 states legal conclusions, no response is required. Globe Composite denies the remainder of Paragraph 124.

125. To the extent Paragraph 125 states legal conclusions, no response is required. Globe Composite denies the remainder of Paragraph 125.

### SECOND DEFENSE

The Complaint in counterclaim fails to state a claim upon which relief can be granted.

### THIRD DEFENSE

Plaintiffs-in-counterclaim's claims must fail because of the doctrine of unclean hands.

### FOURTH DEFENSE

Plaintiffs-in-counterclaim's claims must fail because of the doctrine of estoppel.

### FIFTH DEFENSE

To the extent Globe Composite has any obligations to the plaintiffs-in-counterclaim, such obligations have been fully, completely, and properly performed in every respect.

### SIXTH DEFENSE

Plaintiffs-in-counterclaim's fraud claims must fail because they have failed to state the circumstances constituting fraud with particularity.

### SEVENTH DEFENSE

Plaintiffs-in-counterclaim's claims are barred by their own material breach of contract.

### EIGHTH DEFENSE

Plaintiffs-in-counterclaim's claims are barred by their own fraud.

### NINTH DEFENSE

Plaintiffs-in-counterclaim's claims are barred by their own unfair and deceptive acts or practices in violation of G.L. c. 93A.

### TENTH DEFENSE

Plaintiff-in-counterclaim has released or otherwise compromised its claims herein, and accordingly, said claims are barred by operation of law.

### ELEVENTH DEFENSE

Plaintiff-in-counterclaim, by its conduct and actions, waived any and all rights it may have had against Globe Composite and therefore cannot recover in this action.

### TWELFTH DEFENSE

Without conceding that it committed any wrongful conduct, wrongdoing by Globe Composite, if any, was unintentional and resulted from bona fide error.

## JURY DEMAND

Globe composite hereby demands a trial on all issues and claims so triable.

Respectfully submitted,

 /s/ Clare B. Burhoe
Evan T. Lawson (BBO# 658785)
elawson@lawson-weitzen.com
Clare B. Burhoe (BBO# 632238)
cburhoe@lawson-weitzen.com
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
(617) 439-4990