UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GLOBE COMPOSITE SOLUTIONS, LTD. ) <br> F/K/A KALM-FORSYTHE GLOBAL ) <br> INNOVATIONS, LTD. ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RICHARD C. SOMERVILLE, ANNE ) <br> ROCHE-SOMERVILLE, and ) <br> SOLAR CONSTRUCTION, INC. F/K/A ) <br> GLOBE RUBBER WORKS, INC. ) <br> Defendants. ) | Civil Action No. 05 10323 DPW |

RICHARD C. SOMERVILLE and )
SOLAR CONSTRUCTION, INC. F/K/A )
GLOBE RUBBER WORKS, INC. )
      Plaintiffs-in-Counterclaim )
       )
v. )
       )
GLOBE COMPOSITE SOLUTIONS, LTD. )
F/K/A KALM-FORSYTHE GLOBAL )
INNOVATIONS, LTD. and )
CARL W. FORSYTHE )
      Defendants-in-Counterclaim )

## ASSENTED TO MOTION TO CONSOLIDATE

Pursuant to rule 20(a) of the Federal Rules of Civil Procedure the plaintiff/defendant-in-counterclaim and the defendants/plaintiffs-in-counterclaim (hereinafter jointly referred to as the "Parties") in the above-captioned matter move to consolidate the following two actions: (1) the above-captioned matter, Docket Number 05 CV 10323 and (2) *American General Life Insurance Company v. Kalfor Solutions Group, LLC, in its capacity as General*

*Partner of Globe Composite Solutions, Ltd. Solar Construction, Inc. and Anne Roche-Somerville, in her capacity as Executrix of the Estate of Richard C. Somerville*, Docket Number 05 CV 11925 (hereinafter the "American General Litigation").

As reasons therefore, the Parties state the American General Litigation is an action for Interpleader addressing certain conduct which occurred after the filing of the Complaint and the Answer and Counterclaim. The controversy at issue in both the American General Litigation and the above-captioned matter arises from an Asset Purchase Agreement executed by and between Globe Composite Solutions, Ltd. f/k/a Kalm-Forsythe Global Innovations, Ltd., Richard C. Somerville and Solar Construction, Inc. f/k/a Globe Rubber Works, Inc., with each side alleging that the other breached the terms of the Asset Purchase Agreement. Additionally, the issues presented in the American General Litigation are virtually the same as those presented in the amended counterclaim in this action. Accordingly, the two matters arise out of the same series of transactions or occurrences and they share a question of law as well as share common facts.

Should consolidation be allowed, the Parties also request that they be allowed to file amended pleadings (complaint, answers, and counterclaims) so as to define all claims and counterclaims in an efficient manner.

American General Life Insurance Company ("American General") has not joined in this Motion to Consolidate because it has requested the Parties dismiss it from the American General Litigation. The Parties agree that dismissing American General from the American General Litigation is appropriate under these circumstances, however, the Parties have not, as of yet, agreed to the terms under which a dismissal should occur. The Parties are negotiating the terms of a dismissal and expect to resolve the issue in a timely manner.

WHEREFORE, the Defendants/Plaintiffs-in-Counterclaim, Anne Roche-Somerville, Individually and as Executrix of the Estate of Richard C. Somerville and Solar Construction, Inc. f/k/a Globe Rubber Works, Inc., request that the Complaint of Globe Composite Solutions, Ltd. and the Interpleader action of American General Life Insurance Company be consolidated into one Adversary Proceeding, Docket No. 05 CV 10323, and that a determination of the issues occur in said proceeding.

    Respectfully submitted,

    The Defendants, Anne Roche-Somerville and Solar Construction, Inc. f/k/a Globe Rubber Works, Inc.

    By their attorneys,

    /s/ Jennifer C. Roman
    Mark S. Furman (BBO# 181680)
    mfurman@tbhr-law.com
    Jennifer C. Roman (BBO# 643223)
    jroman@tbhr-law.com
    Tarlow, Breed, Hart & Rodgers, P.C.
    101 Huntington Avenue
    Boston, MA 02199
    (617) 218-2000

        The Plaintiff/Defendant-in-Counterclaim, Globe Composite Solutions, Ltd. f/k/a Kalm-Forsythe Global Innovations, Ltd. and Defendant-in-Counterclaim Carl W. Forsythe,

By their attorneys,


/s/ Clare B. Burhoe
Evan T. Lawson (BBO# 658785)
elawson@lawson-weitzen.com
Clare B. Burhoe (BBO# 632238)
cburhoe@lawson-weitzen.com
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
(617) 439-4990

Dated: January 18, 2006