UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLOBE COMPOSITE SOLUTIONS, LTD. f/k/a KALM-FORSYTHE GLOBAL INNOVATIONS, LTD., <br><br>*Plaintiff*, <br><br>v. <br><br>RICHARD C. SOMERVILLE, ANNE ROCHE-SOMERVILLE, and SOLAR CONSTRUCTION, INC. f/k/a GLOBE RUBBER WORKS, INC., <br><br>*Defendants*. | Civil Action No. 05-10323 (DPW) |
| RICHARD C. SOMERVILLE, and SOLAR CONSTRUCTION, INC. f/k/a GLOBE RUBBER WORKS, INC., <br><br>*Plaintiffs-in-Counterclaim*, <br><br>v. <br><br>GLOBE COMPOSITE SOLUTIONS, LTD. f/k/a KALM-FORSYTHE GLOBAL INNOVATIONS, LTD., and CARL W. FORSYTHE, <br><br>*Defendants-in-Counterclaim*. | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Kathryn E. Pieczarka as counsel for the Plaintiff, Globe Composite Solutions, Ltd. f/k/a Kalm-Forsythe Global Innovations, Ltd. and for the Defendants-

1

in-Counterclaim, Globe Composite Solutions, Ltd. f/k/a Kalm-Forsythe Global Innovations, Ltd. and Carl W. Forsythe.

By its attorneys,

  /s/ **Kathryn E. Pieczarka**
Evan T. Lawson, BBO #289280
Kathryn E. Pieczarka, BBO #658785
LAWSON & WEITZEN, LLP
88 Black Falcon Avenue, Suite 345
Boston, Massachusetts 02210
(617) 439-4990