```
                    UNITED STATES DISTRICT COURT

                     DISTRICT OF MASSACHUSETTS


GLOBE COMPOSITE SOLUTIONS
     Plaintiff
                                    CIVIL ACTION NO. 05-10323-DPW
v.

RICHARD SOMERVILLE ET AL
     Defendant
----------------------------------------------------------------

AMERICAN GENERAL LIFE INSURANCE
     Plaintiff
                                    CIVIL ACTION NO. 05-11925-DPW
v.

KALFOR SOLUTION GROUP, LLC ET AL
     Defendant
```

### ORDER RE: CONSOLIDATION

WOODLOCK, District Judge

    Motions to consolidate having been filed in Globe Composite Solutions v. Richard C. Somerville et al 05-10323-DPW and in American General Life Insurance Company v. Kalfor Solutions Group et al 05-11925-DPW, and having been allowed by Magistrate Judge Bowler and District Judge Gorton, respectively, it is hereby ORDERED that Globe Composite Solutions v. Richard C. Somerville et al 05-10323-DPW and American General Life Insurance Company v. Kalfor Solutions Group et al 05-11925-DPW, and they hereby are, CONSOLIDATED.

                                                  BY THE COURT,

                                                  /s/ Michelle Rynne
DATED: July 28, 2006                    Deputy Clerk