UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLOBE COMPOSITE SOLUTIONS, LTD.<br>F/K/A KALM-FORSYTHE GLOBAL<br>INNOVATIONS, LTD.<br><br>*Plaintiff,*<br><br>v.<br><br>ANNE ROCHE-SOMERVILLE, individually<br>and in her capacity as Executrix of the Estate of<br>Richard C. Somerville, and<br>SOLAR CONSTRUCTION, INC., INC. F/K/A<br>GLOBE RUBBER WORKS, INC.<br><br>*Defendants.* | Civil Action No. 05-10323DPW |

## PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

REQUEST FOR ORAL ARGUMENT

Pursuant F.R.C.P. 56 and Local Rule 56.1, plaintiff Globe Composite Solutions, Ltd. (Globe Composite), hereby moves this Court to enter partial summary judgment in its favor on the issue of ownership of two term life insurance policies insuring the life of Richard C. Somerville because there are no genuine issues of material fact as the defendants have no evidence to support their claim of ownership.

This is an action by Globe Composite, formerly Kalm-Forsythe Global Innovations, Ltd. (KFGI) against Solar Construction, Inc. (Solar) formerly Globe Rubber Works, Inc. (Globe Rubber) and the estate of Richard C. Somerville (Somerville) who was the former president and owner of Globe Rubber, arising out of KFGI's purchase of identified assets of Globe Rubber in August 2004. The present motion concerns Globe Composite's claims to establish its ownership

of two term life insurance policies insuring Somerville's life issued by Lincoln Financial Group and American General Life Insurance, and Globe Composite's right to the policy proceeds because of Somerville's suicide on June 7, 2005.

In support of this motion, Globe Composite submits an accompanying memorandum of law and Statement of Undisputed Material Facts that demonstrate that there are no issues of material fact to be tried.

WHEREFORE, Globe Composite respectfully submits that there are no genuine issues of material fact on the issue of ownership of the term life policies and it is entitled to partial summary judgment as a matter of law.

By its attorneys,

/s/ Clare B. Burhoe
Evan T. Lawson, BBO# 289280
Clare B. Burhoe BBO# 632238
cburhoe@lawson-weitzen.com
LAWSON & WEITZEN, LLP
88 Black Falcon Avenue, Suite 345
Boston, Massachusetts  02210
(617) 439-4990

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that, pursuant to LOCAL RULE 7.1(A)(2), I conferred with counsel for the defendants, Solar Construction, Inc., Estate of Richard C. Somerville, and Anne Roche-Somerville, on October 31 and November 1, 2006 in a good-faith effort to resolve this motion.
Dated:  November 28, 2006          /s/ Clare B. Burhoe

## CERTIFICATE OF SERVICE

I, Clare B. Burhoe, hereby certify that on November 28, 2006 a true copy of the foregoing document was electronically filed with the Court and sent by first class mail to all counsel of record including Mark S. Furman and Jennifer C. Roman, Tarlow, Breed, Hart & Rodgers, PC, 101 Huntington Avenue, Suite 500, Boston, MA 02199. /s/ Clare B. Burhoe