UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GLOBE COMPOSITE SOLUTIONS, LTD. )<br>F/K/A KALM-FORSYTHE GLOBAL )<br>INNOVATIONS, LTD. )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD C. SOMERVILLE, )<br>SOLAR CONSTRUCTION, INC. F/K/A )<br>GLOBE RUBBER WORKS, INC. and )<br>ANNE ROCHE-SOMERVILLE )<br>      Defendants. )  | Civil Action No. 05 10323 DPW |

|  |
|---|
| RICHARD C. SOMERVILLE, )<br>SOLAR CONSTRUCTION, INC. F/K/A )<br>GLOBE RUBBER WORKS, INC. and )<br>ANNE ROCHE-SOMERVILLE )<br>      Plaintiffs-in-Counterclaim, )<br>)<br>v. )<br>)<br>GLOBE COMPOSITE SOLUTIONS, LTD. )<br>F/K/A KALM-FORSYTHE GLOBAL )<br>INNOVATIONS, LTD. and )<br>CARL W. FORSYTHE, )<br>      Defendants-in-Counterclaim. ) |

## DEFENDANTS' SUBMITTAL PURSUANT TO ORDER DATED DECEMBER 7, 2006

The Defendants hereby submit pursuant to the Court's Order dated December 7, 2006, the following:

1. Defendants incorporate by reference the previously filed Affidavit of Richard C. Somerville dated March 28, 2006.

2. Defendants also submit the Affidavits of Jennifer C. Roman and Anne Somerville, which are filed herewith.

Respectfully submitted,

The Defendants/Plaintiffs-in-Counterclaim, Anne Roche-Somerville, as she is the Executrix of the Estate of Richard C. Somerville and Solar Construction, Inc. f/k/a Globe Rubber Works, Inc.

By their attorneys,

 /s/ Jennifer C. Roman
Mark S. Furman (BBO# 181680)
mfurman@tbhr-law.com
Jennifer C. Roman (BBO#643223)
jroman@tbhr-law.com
Tarlow, Breed, Hart & Rodgers, P.C.
101 Huntington Avenue
Boston, MA 02199
(617) 218-2000

Dated:  December 12, 2006