UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GLOBE COMPOSITE SOLUTIONS, LTD. )<br>F/K/A KALM-FORSYTHE GLOBAL )<br>INNOVATIONS, LTD. )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD C. SOMERVILLE, )<br>SOLAR CONSTRUCTION, INC. F/K/A )<br>GLOBE RUBBER WORKS, INC. and )<br>ANNE ROCHE-SOMERVILLE )<br>        Defendants. )  | Civil Action No. 05 10323 DPW |
| RICHARD C. SOMERVILLE, )<br>SOLAR CONSTRUCTION, INC. F/K/A )<br>GLOBE RUBBER WORKS, INC. and )<br>ANNE ROCHE-SOMERVILLE )<br>        Plaintiffs-in-Counterclaim, )<br>)<br>v. )<br>)<br>GLOBE COMPOSITE SOLUTIONS, LTD. )<br>F/K/A KALM-FORSYTHE GLOBAL )<br>INNOVATIONS, LTD. and )<br>CARL W. FORSYTHE, )<br>        Defendants-in-Counterclaim. )  |  |

## AFFIDAVIT OF ANNE SOMERVILLE

I, Anne Somerville, being duly sworn do hereby depose and say of my personal knowledge:

1.    I recently found a copy of a Solar Construction, Inc. check in the amount of $8,759.44, a copy of which is attached as Exhibit A. The check references an Invoice #RCS001, which I have not been able to locate. Richard Somerville wrote and signed this check. The check image was included in the January, 2005 bank statement. At or about late December, 2004, Richard Somerville told me that this

check was for insurance. It is my recollection that someone else was present when Richard Somerville said this.

Signed under the pains and penalties of perjury this 12th day of December 2006.

*Anne Somerville* (signature)
Anne Somerville

# Exhibit A

