UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GLOBE COMPOSITE SOLUTIONS, LTD. )<br>F/K/A KALM-FORSYTHE GLOBAL )<br>INNOVATIONS, LTD. )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD C. SOMERVILLE, )<br>SOLAR CONSTRUCTION, INC. F/K/A )<br>GLOBE RUBBER WORKS, INC. and )<br>ANNE ROCHE-SOMERVILLE )<br>        Defendants. )<br>)<br><br>RICHARD C. SOMERVILLE, )<br>SOLAR CONSTRUCTION, INC. F/K/A )<br>GLOBE RUBBER WORKS, INC. and )<br>ANNE ROCHE-SOMERVILLE )<br>        Plaintiffs-in-Counterclaim, )<br>)<br>v. )<br>)<br>GLOBE COMPOSITE SOLUTIONS, LTD. )<br>F/K/A KALM-FORSYTHE GLOBAL )<br>INNOVATIONS, LTD. and )<br>CARL W. FORSYTHE, )<br>        Defendants-in-Counterclaim. ) | Civil Action No. 05 10323 DPW<br><br><br><br><br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

     I, Jennifer C. Roman, hereby certify that on December 12, 2006, a true copy of (1) the Defendants' Submittal Pursuant to Order Dated December 7, 2006, (2) the Affidavit of Jennifer C. Roman, Esquire and (3) the Affidavit of Anne Somerville were electronically filed with the Court and sent by first class mail to all counsel of record including:

     Evan T. Lawson, Esq.
     Clare B. Burhoe, Esq.
     Lawson & Weitzen, LLP
     88 Black Falcon Avenue, Suite 345
     Boston, MA 02210

                                        /s/ Jennifer C. Roman