UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLOBE COMPOSITE SOLUTIONS, LTD. <br> F/K/A KALM-FORSYTHE GLOBAL <br> INNOVATIONS, LTD. <br>        Plaintiff, <br><br> v. <br><br><br> RICHARD C. SOMERVILLE, ANNE <br> ROCHE-SOMERVILLE, and <br> SOLAR CONSTRUCTION, INC. F/K/A <br> GLOBE RUBBER WORKS, INC. <br>        Defendants. | Civil Action No. 05 10323 DPW |
| RICHARD C. SOMERVILLE and <br> SOLAR CONSTRUCTION, INC. F/K/A <br> GLOBE RUBBER WORKS, INC. <br>        Plaintiffs-in-Counterclaim <br><br> v. <br><br> GLOBE COMPOSITE SOLUTIONS, LTD. <br> F/K/A KALM-FORSYTH GLOBAL <br> INNOVATIONS, LTD. and <br> CARL W. FORSYTHE <br>        Defendants-in-Counterclaim | |

**STIPULATION REGARDING TAKING THE DEPOSITION OF AMERICAN GENERAL LIFE INSURANCE COMPANY BY TELEPHONE**

The parties in the above action hereby stipulate and agree that the Defendants may take the deposition of American General Life Insurance Company be taken by telephone. The parties further stipulate and agree to the following:

1. The following individuals may be participating in the deposition (hereinafter the "Parties"):
   a. The American General Life Insurance Company Rule 30(b)(6) designee(s);
   b. Counsel for the American General Life Insurance Company Rule 30(b)(6) designee(s);
   c. Counsel for the Plaintiff; and
   d. Counsel for the Defendants.

2. The Parties shall be located at the following locations:
   a. The Rule 30(b)(6) American General Life Insurance Company designee (hereinafter the "Deponent") shall be located at the law offices of Wilson Elser, 5847 San Felipe, Suite 2300, Houston, Texas.
   b. Any legal counsel representing the Deponent shall be present with the Deponent at the law offices of Wilson Elser, 5847 San Felipe, Suite 2300, Houston, Texas.
   c. Plaintiff's counsel shall be located at its offices, 88 Black Falcon Avenue, Boston, MA 02210; and
   d. Defendants' counsel shall be located at its offices, 101 Huntington Avenue, Suite 500, Boston, MA 02199.

3. The examination will be held before a notary public in and of the State of Texas, or before some other officer authorized to administer oaths.

4. The deposition shall be recorded by stenographic means and a transcript shall be made available to all Parties consistent with standard deposition practice.

5. Any documents which the deponent will be asked to review and/or be asked questions about shall be provided to the Parties at least 24 hours in advance of the deposition.  All documents entered as Exhibits in the deposition shall be consecutively numbered and the originals shall be retained by defendants' counsel.

6. The questioning of the deponent shall proceed as follows:
   a. Defendants' counsel shall first conduct his direct examination;
   b. Plaintiff's counsel shall be given an opportunity to cross-examine;
   c. Defendants' counsel shall be given an opportunity to re-direct;
   d. Plaintiff's counsel shall be given an opportunity to re-cross; and
   e. Any counsel for the Deponent shall be given an opportunity to conduct an examination of the Deponent.

7. Other than the questioning of the Deponent, any communications with the Deponent, other than by the Deponent's counsel, including gestures, signals and notes, with the Deponent during the deposition shall be prohibited.

8.  The Court Reporter shall be instructed to record any communications with the Deponent, including, gestures, signals and notes.

9.  The Deponent shall provide his/her testimony through a speaker phone, in order that the Court Reporter may record the questions, any objections and the Deponent's response thereto.

| | |
|---|---|
| The Plaintiff/Defendant-in-Counterclaim, Globe Composite Solutions, Ltd. f/k/a Kalm-Forsythe Global Innovations, Ltd. and Defendant-in-Counterclaim Carl W. Forsythe, | The Defendants/Plaintiffs-in-Counterclaim, Anne Roche-Somerville, Executrix of the Estate of Richard C. Somerville and Solar Construction Inc., f/k/a Globe Rubber Works, Inc. |
| By their attorneys, | By their attorneys, |
| /s/ Clare B. Burhoe <br> Evan T. Lawson (BBO# 658785) <br> elawson@lawson-weitzen.com <br> Clare B. Burhoe (BBO# 632238) <br> cburhoe@lawson-weitzen.com <br> Lawson & Weitzen, LLP <br> 88 Black Falcon Avenue, Suite 345 <br> Boston, MA 02210 <br> (617) 439-4990 | /s/ Mark S. Furman <br> /s/ Jennifer C. Roman <br> Mark S. Furman (BBO# 181680) <br> Jennifer C. Roman (BBO# 643223) <br> Tarlow, Breed, Hart & Rodgers, P.C. <br> 101 Huntington Avenue <br> Boston, MA 02199 <br> (617) 218-2000 |

Dated: January 30, 2007