UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLOBE COMPOSITE SOLUTIONS, LTD. <br> F/K/A KALM-FORSYTHE GLOBAL <br> INNOVATIONS, LTD. <br> Plaintiff, <br><br> v. <br><br> RICHARD C. SOMERVILLE, ANNE <br> ROCHE-SOMERVILLE, and <br> SOLAR CONSTRUCTION, INC. F/K/A <br> GLOBE RUBBER WORKS, INC. <br> Defendants. | Civil Action No. 05 10323 DPW |

### DEFENDANTS'/PLAINTIFFS'-IN-COUNTERCLAIMS OPPOSITION TO PLAINTIFF'S/DEFENDANT'S-IN-COUNTERCLAIMS MOTION FOR PARTIAL SUMMARY JUDGMENT

Anne Roche-Somerville, in her individual capacity and in her capacity as the Executrix of the Estate of Richard C. Somerville and Solar Construction f/k/a Globe Rubber Works, Inc. hereby oppose Globe Composite Solutions, Ltd. f/k/a Kalm-Forsythe Global Innovations, Ltd.'s Motion for Partial Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1.

The grounds for this opposition are set forth in the accompanying memorandum. Also submitted in support of this opposition are the following:

1. Defendants' Response To Concise Statement Of Material Facts In Support Of Plaintiff's Motion For Partial Summary Judgment And Concise Statement Of Additional Material Facts In Support Of Defendants'/Plaintiffs'-In-Counterclaims Opposition To Plaintiff's/Defendant's-in-Counterclaims Motion For Partial Summary Judgment;

    2. Affidavit of Jennifer C. Roman;

    3. Affidavit of Cheryl A. Wilson; and

    4. Affidavit of Anne Somerville.

WHEREFORE, Anne Roche-Somerville, in her individual capacity and in her capacity as the Executrix of the Estate of Richard C. Somerville and Solar Construction f/k/a Globe Rubber Works, Inc. respectfully request that the motion be DENIED.

    Respectfully submitted,
    Anne Roche-Somerville and Solar Construction, Inc.
    f/k/a Globe Rubber Works, Inc.
    By their attorneys,

    /s/ Jennifer C. Roman
    Mark S. Furman (BBO# 181680)
    mfurman@tbhr-law.com
    Jennifer C. Roman (BBO# 643223)
    jroman@tbhr-law.com
    Tarlow, Breed, Hart & Rodgers, P.C.
    101 Huntington Avenue
    Boston, MA 02199
    (617) 218-2000

Dated: February 2, 2007

### CERTIFICATE OF SERVICE

I, Jennifer C. Roman, hereby certify that on February 2, 2007, this document and the documents listed above were filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

    /s/ Jennifer C. Roman