UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GLOBE COMPOSITE SOLUTIONS, LTD. )<br>F/K/A KALM-FORSYTHE GLOBAL )<br>INNOVATIONS, LTD. )<br>       Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD C. SOMERVILLE, ANNE )<br>ROCHE-SOMERVILLE, and )<br>SOLAR CONSTRUCTION, INC. F/K/A )<br>GLOBE RUBBER WORKS, INC. )<br>       Defendants. )  | Civil Action No. 05 10323 DPW |

|  |
|---|
| )<br>RICHARD C. SOMERVILLE and )<br>SOLAR CONSTRUCTION, INC. F/K/A )<br>GLOBE RUBBER WORKS, INC. )<br>       Plaintiffs-in-Counterclaim )<br>)<br>v. )<br>)<br>GLOBE COMPOSITE SOLUTIONS, LTD. )<br>F/K/A KALM-FORSYTH GLOBAL )<br>INNOVATIONS, LTD. and )<br>CARL W. FORSYTHE )<br>       Defendants-in-Counterclaim ) |

## APPLICATION FOR RELIEF PURSUANT TO RULE 56(f) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Anne Roche-Somerville, in her individual capacity and in her capacity as the Executrix of the Estate of Richard C. Somerville and Solar Construction f/k/a Globe Rubber Works, Inc. ("Globe Rubber") (collectively the "Defendants") hereby respectfully request that the Court refuse the application for summary judgment or, in the alternative, order a

continuance to permit the completion of Carl Forsythe's deposition and until such time as Globe Composite is able to produce the originals of the documents which it alleges were signed by Richard Somerville in connection with the attempt to change the owner and beneficiary of the Lincoln and American General policies after the closing in August, 2004. In support of this request, Defendants rely on the Affidavit of Jennifer C. Roman filed simultaneously hereto.

    In support of this Motion, the Defendants incorporate the Affidavit of Jennifer C. Roman, Esquire, filed herewith.

                                Respectfully submitted,
                                The Defendants, Anne Roche-Somerville and Solar Construction, Inc. f/k/a Globe Rubber Works, Inc.
                                By their attorneys,

                                /s/ Jennifer C. Roman
                                Mark S. Furman (BBO# 181680)
                                mfurman@tbhr-law.com
                                Jennifer C. Roman (BBO# 643223)
                                jroman@tbhr-law.com
                                Tarlow, Breed, Hart & Rodgers, P.C.
                                101 Huntington Avenue
                                Boston, MA 02199
                                (617) 218-2000

Dated: February 2, 2007