UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GLOBE COMPOSITE SOLUTIONS, LTD. )<br>F/K/A KALM-FORSYTHE GLOBAL )<br>INNOVATIONS, LTD. )<br>       Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD C. SOMERVILLE, ANNE )<br>ROCHE-SOMERVILLE, and )<br>SOLAR CONSTRUCTION, INC. F/K/A )<br>GLOBE RUBBER WORKS, INC. )<br>       Defendants. )<br>) | Civil Action No. 05 10323 DPW |

### DEFENDANTS'/PLAINTIFFS'-IN-COUNTERCLAIMS EMERGENCY MOTION TO SUBSTITUTE AFFIDAVIT IN OPPOSITION TO PLAINTIFF'S/DEFENDANT'S-IN-COUNTERCLAIMS MOTION FOR PARTIAL SUMMARY JUDGMENT

Anne Roche-Somerville, in her individual capacity and in her capacity as the Executrix of the Estate of Richard C. Somerville and Solar Construction f/k/a Globe Rubber Works, Inc. ("Globe Rubber") (collectively the "Defendants") hereby respectfully request that the Court allow them to substitute the February 2, 2007 Affidavit of Anne Somerville for the December 12, 2006 Affidavit of Anne Somerville filed with the Defendants Opposition to Plaintiffs/Defendants-in-Counterclaims Motion for Partial Summary Judgment. The Defendants request that this Motion be heard on Thursday, April 5, 2007, at the previously scheduled hearing on the summary judgment motion.

In support of this Motion, the Defendants state as follows:

1.    On February 2, 2007, the Defendants filed their Opposition to the Plaintiffs/Defendants-in-Counterclaims Motion for Partial Summary Judgment in the above-captioned matter (hereinafter the "Opposition".)

2.	In support of the Opposition, the Defendants inadvertently filed the December 12, 2006 Affidavit of Anne Somerville when the Defendants intended to file the February 2, 2007 Affidavit of Anne Somerville. (The February 2, 2007 Affidavit of Anne Somerville is attached hereto as **Exhibit A**.)

3.	The Plaintiffs/Defendants-in-Counterclaim will not suffer any prejudice by the allowance of this motion.

WHEREFORE, Anne Roche-Somerville, in her individual capacity and in her capacity as the Executrix of the Estate of Richard C. Somerville and Solar Construction f/k/a Globe Rubber Works, Inc. hereby respectfully request that the Court allow them to substitute the February 2, 2007 Affidavit of Anne Somerville for the December 12, 2006 Affidavit of Anne Somerville in Support of the Defendants' Opposition to the Plaintiffs/Defendants-in-Counterclaim Motion for Partial Summary Judgment.

Respectfully submitted,
The Defendants, Anne Roche-Somerville and Solar Construction, Inc. f/k/a Globe Rubber Works, Inc.
By their attorneys,

/s/ Jennifer C. Roman
Mark S. Furman (BBO# 181680)
mfurman@tbhr-law.com
Jennifer C. Roman (BBO# 643223)
jroman@tbhr-law.com
Tarlow, Breed, Hart & Rodgers, P.C.
101 Huntington Avenue
Boston, MA 02199
(617) 218-2000

Date:	April 5, 2007

**CERTIFICATE OF SERVICE**

      I, Jennifer C. Roman, hereby certify that on April 5, 2007, a true copy of above was electronically filed with the Court through the ECF system and sent via facsimile service to all counsel of record including:

    Evan T. Lawson, Esq.
    Clare B. Burhoe, Esq.
    Lawson & Weitzen, LLP
    88 Black Falcon Avenue, Suite 345
    Boston, MA 02210

                                                /s/ Jennifer C. Roman

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GLOBE COMPOSITE SOLUTIONS, LTD. )<br>F/K/A KALM-FORSYTHE GLOBAL )<br>INNOVATIONS, LTD. )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD C. SOMERVILLE, )<br>SOLAR CONSTRUCTION, INC. F/K/A )<br>GLOBE RUBBER WORKS, INC. and )<br>ANNE ROCHE-SOMERVILLE )<br>        Defendants. ) | Civil Action No. 05 10323 DPW |

|  |
|---|
| RICHARD C. SOMERVILLE, )<br>SOLAR CONSTRUCTION, INC. F/K/A )<br>GLOBE RUBBER WORKS, INC. and )<br>ANNE ROCHE-SOMERVILLE )<br>        Plaintiffs-in-Counterclaim, )<br>)<br>v. )<br>)<br>GLOBE COMPOSITE SOLUTIONS, LTD. )<br>F/K/A KALM-FORSYTHE GLOBAL )<br>INNOVATIONS, LTD. and )<br>CARL W. FORSYTHE, )<br>        Defendants-in-Counterclaim. ) |

### AFFIDAVIT OF ANNE SOMERVILLE

I, Anne Somerville, being duly sworn do hereby depose and say of my personal knowledge:

1. Prior to the closing of the asset purchase agreement, Roger Fasnacht was the Chief Financial Officer of Globe Rubber Works, Inc ("Globe Rubber".) After the closing in August, 2004, Mr. Fasnacht became the Chief Financial Officer of Globe Composite Solutions, Ltd and ceased to be an employee of Globe Rubber. After Mr. Fasnacht stopped working for Globe Rubber, he did not have any authority to act on behalf of Globe Rubber.

2. My husband, Richard Somerville and I were married for almost 46 years when he passed away in June, 2005. In the months following the sudden and unexpected loss of my husband, I dealt with my grief and my loss while attempting to help my children and grandchildren deal with their own grief and sense of loss.

3. In July, 2005, I was appointed as the Temporary Executrix of my husband's estate.

4. I have not received any money from any insurance company as a result of the death of my husband. Similarly, the estate of my husband has not received any money from any insurance company as a result of the death of my husband.

Signed under the pains and penalties of perjury this 2nd day of February 2007.

_Anne Somerville_
Anne Somerville