UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GLOBE COMPOSITE SOLUTIONS, LTD. ) <br> F/K/A KALM-FORSYTHE GLOBAL ) <br> INNOVATIONS, LTD. ) <br>         Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RICHARD C. SOMERVILLE, ANNE ) <br> ROCHE-SOMERVILLE, and ) <br> SOLAR CONSTRUCTION, INC. F/K/A ) <br> GLOBE RUBBER WORKS, INC. ) <br>         Defendants. ) | Civil Action No. 05 10323 DPW |
| RICHARD C. SOMERVILLE and ) <br> SOLAR CONSTRUCTION, INC. F/K/A ) <br> GLOBE RUBBER WORKS, INC. ) <br>         Plaintiffs-in-Counterclaim ) <br> ) <br> v. ) <br> ) <br> GLOBE COMPOSITE SOLUTIONS, LTD. ) <br> F/K/A KALM-FORSYTH GLOBAL ) <br> INNOVATIONS, LTD. and ) <br> CARL W. FORSYTHE ) <br>         Defendants-in-Counterclaim ) |  |

**JOINT MOTION TO RESCHEDULE STATUS CONFERENCE**

The parties in the above matter hereby jointly request that this Court reschedule the status conference currently scheduled for June 7, 2007, to July 5, 2007. As grounds for this request, the parties state that a mediation has been scheduled with the Hon. Patrick J. King (Ret.) at JAMS/Endispute on June 8, 2007. The parties believe that it would be more productive to have the conference after the parties know whether the case will settle at

mediation.

        Respectfully submitted,

        Plaintiff/Defendant-in-Counterclaim, Globe Composite Solutions, Ltd. f/k/a Kalm-Forsythe Global Innovations, Ltd. and Defendant-in-Counterclaim Carl W. Forsythe,

        By their attorneys,

        /s/ Clare B. Burhoe
        Evan T. Lawson (BBO# 658785)
        elawson@lawson-weitzen.com
        Clare B. Burhoe (BBO# 632238)
        cburhoe@lawson-weitzen.com
        Lawson & Weitzen, LLP
        88 Black Falcon Avenue, Suite 345
        Boston, MA 02210
        (617) 439-4990

            - and -

        Defendants/Plaintiffs-in-Counterclaim, Anne Roche-Somerville and Solar Construction, Inc. f/k/a Globe Rubber Works, Inc.

        By their attorneys,

        /s/ Mark S. Furman
        Mark S. Furman (BBO# 181680)
        Jennifer C. Roman (BBO# 643223)
        Emily C. Shanahan (BBO#643456)
        Tarlow, Breed, Hart & Rodgers, P.C.
        101 Huntington Avenue
        Boston, MA 02199
        (617) 218-2000

Dated: May 25, 2007