UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GLOBE COMPOSITE SOLUTIONS, LTD. )<br>F/K/A KALM-FORSYTHE GLOBAL )<br>INNOVATIONS, LTD. )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD C. SOMERVILLE, ANNE )<br>ROCHE-SOMERVILLE, and )<br>SOLAR CONSTRUCTION, INC. F/K/A )<br>GLOBE RUBBER WORKS, INC. )<br>        Defendants. )<br>) | Civil Action No. 05-10323-DPW |

## NOTICE OF APPEARANCE

Please enter the appearance of Emily C. Shanahan as attorney for Defendants/Plaintiffs-in-Counterclaim Anne Roche-Somerville, individually and as executrix of the Estate of Richard C. Somerville, and Solar Construction, Inc., f/k/a Globe Rubber Works, Inc., in the above-captioned action.

        Respectfully submitted,

        /s/ Emily C. Shanahan
        Mark S. Furman (BBO# 181680)
        mfurman@tbhr-law.com
        Jennifer C. Roman (BBO# 643223)
        jroman@tbhr-law.com
        Emily C. Shanahan (BBO #643456)
        eshanahan@tbhr-law.com
        TARLOW, BREED, HART & RODGERS, P.C.
        101 Huntington Avenue
        Boston, MA 02199
        (617) 218-2000

Dated: May 29, 2007

2

## **CERTIFICATE OF SERVICE**

       I hereby certify that a true copy of the above document, filed through the ECF system, will be served electronically through the ECF system on the registered participants as identified on the Notice of Electronic Filing ("NEF"), and that paper copies of the above document will be sent via first class mail to those identified as non-registered participants on the NEF on May 29, 2007.

                                                                       /s/ Emily C. Shanahan
                                                                       Emily C. Shanahan