UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GLOBE COMPOSITE SOLUTIONS, LTD. )<br>F/K/A KALM-FORSYTHE GLOBAL )<br>INNOVATIONS, LTD. )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD C. SOMERVILLE, ANNE )<br>ROCHE-SOMERVILLE, and )<br>SOLAR CONSTRUCTION, INC. F/K/A )<br>GLOBE RUBBER WORKS, INC. )<br>        Defendants. )<br>) | Civil Action No. 05-10323-DPW |

## JOINT MOTION TO RESCHEDULE STATUS CONFERENCE

The parties in the above-captioned matter hereby jointly request that this Court reschedule the status conference currently scheduled for 2:30 p.m. on July 10, 2007, to 2:30 p.m. on July 12, 2007. In support of this motion, the parties state as follows:

1. The parties are scheduled to mediate this matter on June 8, 2007.

2. On May 25, 2007, the parties filed a joint motion to continue the status conference from June 7, 2007, to July 5, 2007.

3. On May 29, 2007, the Court granted the joint motion to extend, rescheduling the status conference for 2:30 p.m. on July 10, 2007.

4. Mark S. Furman, the lead attorney representing Defendants/Plaintiffs-in-Counterclaim Anne Roche-Somerville, individually and as executrix of the Estate of Richard C. Somerville, and Solar Construction, Inc., f/k/a Globe Rubber Works, Inc., has a summary judgment hearing scheduled in a case entitled, *Nova Assignments Inc. v. KCI Management Corp., et al.*, Civil Action No. 2003-03360, pending in Suffolk Superior Court at 2:00 p.m. on July 10, 2007.

    5.    The next available date that all parties are available is July 12, 2007.

WHEREFORE, the parties respectfully request that the Court continue the status conference in this matter until 2:30 p.m. on July 12, 2007.

        Respectfully submitted,

        Plaintiff/Defendant-in-Counterclaim, Globe Composite Solutions, Ltd., f/k/a Kalm-Forsythe Global Innovations, Ltd., and Defendant-in-Counterclaim Carl W. Forsythe,

        By their attorneys,

        /s/ Clare B. Burhoe
        Evan T. Lawson (BBO# 658785)
        elawson@lawson-weitzen.com
        Clare B. Burhoe (BBO# 632238)
        cburhoe@lawson-weitzen.com
        LAWSON & WEITZEN, LLP
        88 Black Falcon Avenue, Suite 345
        Boston, MA 02210
        (617) 439-4990

        - and -

        Defendants/Plaintiffs-in-Counterclaim, Anne Roche-Somerville and Solar Construction, Inc., f/k/a Globe Rubber Works, Inc.,

        By their attorneys,

        /s/ Emily C. Shanahan
        Mark S. Furman (BBO# 181680)
        mfurman@tbhr-law.com
        Jennifer C. Roman (BBO# 643223)
        jroman@tbhr-law.com
        Emily C. Shanahan (BBO #643456)
        eshanahan@tbhr-law.com
        TARLOW, BREED, HART & RODGERS, P.C.
        101 Huntington Avenue
        Boston, MA 02199
        (617) 218-2000

Dated: May 30, 2007

## CERTIFICATE OF SERVICE

  I hereby certify that a true copy of the above document, filed through the ECF system, will be served electronically through the ECF system on the registered participants as identified on the Notice of Electronic Filing ("NEF"), and that paper copies of the above document will be sent via first class mail to those identified as non-registered participants on the NEF on May 30, 2007.

                /s/ Emily C. Shanahan
                Emily C. Shanahan