UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GLOBE COMPOSITE SOLUTIONS, LTD. )<br>F/K/A KALM-FORSYTHE GLOBAL )<br>INNOVATIONS, LTD. )<br>       Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD C. SOMERVILLE, ANNE )<br>ROCHE-SOMERVILLE, and )<br>SOLAR CONSTRUCTION, INC. F/K/A )<br>GLOBE RUBBER WORKS, INC. )<br>       Defendants. ) | Civil Action No. 05 10323 DPW |

|  |
|---|
| RICHARD C. SOMERVILLE and )<br>SOLAR CONSTRUCTION, INC. F/K/A )<br>GLOBE RUBBER WORKS, INC. )<br>       Plaintiffs-in-Counterclaim )<br>)<br>v. )<br>)<br>GLOBE COMPOSITE SOLUTIONS, LTD. )<br>F/K/A KALM-FORSYTH GLOBAL )<br>INNOVATIONS, LTD. and )<br>CARL W. FORSYTHE )<br>       Defendants-in-Counterclaim ) |

**JOINT MOTION TO EXTEND DEADLINE FOR SERVICE OF EXPERT
DISCLOSURES OF DEFENDANTS/PLAINTIFFS-IN-COUNTERCLAIM
AND DEADLINE FOR COMPLETING EXPERT DEPOSITIONS**

Globe Composite Solutions, Ltd., f/k/a Kalm-Forsythe Global Innovations, Ltd., and Carl W. Forsythe (together, the "Globe Composite Parties"), and Anne Roche-Somerville, individually and as executrix of the Estate of Richard C. Somerville, and Solar Construction, Inc., f/k/a Globe Rubber Works, Inc. (together, the "Globe Rubber Parties") (hereinafter the

Globe Composite Parties and the Globe Rubber Parties are jointly referred to as the "Parties") jointly request that this Court (1) extend the time for service of the Globe Rubber Parties' expert disclosures to July 25, 2007; and (2) extend the expert deposition deadline to August 24, 2007, 30 days after the Globe Rubber Parties serve their expert disclosures.  As grounds for this motion, the Parties state as follows:

1. The Globe Composite Parties served their expert disclosures on March 21, 2007.

2. The current expert disclosure deadline for the Globe Rubber Parties is the earlier of 30 days from June 8, 2007, or July 9, 2007.

3. The Parties had one day of mediation on Friday, June 8, 2007, and have recently scheduled a second day of mediation for Wednesday, July 11, 2007.

4. So that the Globe Composite Parties have available to them a reasonable amount of information about the Globe Rubber Parties' experts for use at the mediation on July 11, 2007, the Globe Rubber Parties have agreed to disclose their experts and outlines of their expected testimony to the Globe Composite Parties on or before Friday, July 6, 2007.

5. If the mediation results in the settlement of the case, the Parties will be able to save the substantial costs associated with the expert reports and expert depositions.

6. The parties are scheduled to appear before the Court on Thursday, July 12, 2007, for a final discovery conference.

WHEREFORE, the Parties respectfully request that this Court (1) extend the time that the Globe Rubber Parties have for serving their expert disclosures to July 25, 2007; and (2)

extend the expert deposition deadline to August 24, 2007.

                Respectfully submitted,

                Globe Composite Solutions, Ltd., f/k/a Kalm-Forsythe Global Innovations, Ltd., and Carl W. Forsythe

                By their lawyers,

                /s/ Clare B. Burhoe
                Evan T. Lawson (BBO# 658785)
                elawson@lawson-weitzen.com
                Clare B. Burhoe (BBO# 632238)
                cburhoe@lawson-weitzen.com
                Lawson & Weitzen, LLP
                88 Black Falcon Avenue, Suite 345
                Boston, MA 02210
                (617) 439-4990

                - and -

                Anne Roche-Somerville, individually and as executrix of the Estate of Richard C. Somerville, and Solar Construction, Inc., f/k/a Globe Rubber Works, Inc.

                By their attorneys,

                /s/ Emily C. Shanahan
                Mark S. Furman (BBO# 181680)
                Emily C. Shanahan (BBO# 643456)
                Tarlow, Breed, Hart & Rodgers, P.C.
                101 Huntington Avenue
                Boston, MA 02199
                (617) 218-2000

Dated: July 5, 2007

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true copy of the above document, filed through the ECF system, will be served electronically through the ECF system on the registered participants as identified on the Notice of Electronic Filing ("NEF"), and that paper copies of the above document will be sent via first class mail to those identified as non-registered participants on the NEF on July 5, 2007.

                /s/ Emily C. Shanahan
                Emily C. Shanahan