UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLOBE COMPOSITE SOLUTIONS, LTD.<br>F/K/A KALM-FORSYTHE GLOBAL<br>INNOVATIONS, LTD.<br>    Plaintiff,<br><br>v.<br><br>RICHARD C. SOMERVILLE, ANNE<br>ROCHE-SOMERVILLE, and<br>SOLAR CONSTRUCTION, INC. F/K/A<br>GLOBE RUBBER WORKS, INC.<br>    Defendants. | Civil Action No. 05 10323 DPW |
| RICHARD C. SOMERVILLE and<br>SOLAR CONSTRUCTION, INC. F/K/A<br>GLOBE RUBBER WORKS, INC.<br>    Plaintiffs-in-Counterclaim<br><br>v.<br><br>GLOBE COMPOSITE SOLUTIONS, LTD.<br>F/K/A KALM-FORSYTH GLOBAL<br>INNOVATIONS, LTD. and<br>CARL W. FORSYTHE<br>    Defendants-in-Counterclaim | |

**JOINT MOTION TO STAY**

Globe Composite Solutions, Ltd., f/k/a Kalm-Forsythe Global Innovations, Ltd., and Carl W. Forsythe (together, the "Globe Composite Parties"), and Anne Roche-Somerville, individually and as executrix of the Estate of Richard C. Somerville, and Solar Construction, Inc., f/k/a Globe Rubber Works, Inc. (together, the "Globe Rubber Parties") (hereinafter the Globe Composite Parties and the Globe Rubber Parties are jointly referred to as the

"Parties") jointly request that the Court stay the proceedings in the above-captioned action through September 27, 2007. The Parties are currently scheduled to appear before the Court on September 27, 2007. The Parties further request that the conference set for that date proceed as scheduled.

As grounds for this motion, the Parties state as follows:

1. On Thursday, August 16, 2007, the Parties participated in a third day of mediation.

2. At the mediation session on August 16, the Parties executed a settlement agreement. The settlement, however, is conditioned upon the dismissal with prejudice of a separate action filed by the Globe Composite Parties against one or more of the Globe Rubber Parties (the "Related Action"). The complaint in the Related Action was filed under seal and has not been served on the Globe Rubber Parties.

3. Under the terms of the settlement agreement, the settlement is null and void in the event the Related Action is not dismissed with prejudice on or before October 16, 2007.

4. On August 7, 2007, the Globe Rubber Parties filed a Motion to Compel Production of Expert Reports or, In the Alternative, for Leave to Serve Expert Interrogatories, and Motion to Extend Expert Deposition Deadline (the "Motion to Compel"). The opposition of the Globe Composite Parties to the Motion to Compel is due on or before August 21, 2007.

5. The current deadline for the completion of expert depositions is August 24, 2007. No expert depositions have been conducted to date.

6. Given that the Parties have reached a settlement, subject to the above-described condition precedent, they believe that it would be more efficient and cost effective

if they were able to avoid expending further time and resources on litigating this matter, including, but not limited to, responding to the Motion to Compel and preparing for and conducting expert depositions.  Rather, the Parties believe that it would be more productive and efficient at this time to direct their attention and resources to seeking the dismissal with prejudice of the Related Action.

7.      The parties are scheduled to appear before the Court for a final discovery conference on September 27, 2007.  At that time, the Parties will be able to report to the Court the status of the dismissal with prejudice of the Related Action, as well as advise the Court regarding whether an extension of the stay will be necessary.  At this time, the Parties do not anticipate that they will need to request an extension of the stay beyond October 16, 2007, the deadline established in the settlement agreement for securing the dismissal with prejudice of the Related Action.

WHEREFORE, the Parties respectfully request that the Court stay proceedings in this matter through September 27, 2007, and further that the conference set for that date proceed as scheduled.

Respectfully submitted,

Globe Composite Solutions, Ltd., f/k/a Kalm-Forsythe Global Innovations, Ltd., and Carl W. Forsythe

By their lawyers,

/s/ Clare B. Burhoe
Evan T. Lawson (BBO# 289280)
Clare B. Burhoe (BBO# 632238)
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
(617) 439-4990

- and -

Anne Roche-Somerville, Individually and as Executrix of the Estate of Richard C. Somerville, and Solar Construction, Inc., f/k/a Globe Rubber Works, Inc.

By their attorneys,

/s/ Emily C. Shanahan
Mark S. Furman (BBO# 181680)
Emily C. Shanahan (BBO# 643456)
Tarlow, Breed, Hart & Rodgers, P.C.
101 Huntington Avenue
Boston, MA 02199
(617) 218-2000

Dated:  August 22, 2007

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document, filed through the ECF system, will be served electronically through the ECF system on the registered participants as identified on the Notice of Electronic Filing ("NEF"), and that paper copies of the above document will be sent via first class mail to those identified as non-registered participants on the NEF on August 22, 2007.

                                            /s/ Emily C. Shanahan
                                            Emily C. Shanahan