UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLOBE COMPOSITE SOLUTIONS, LTD., f/k/a KALM-FORSYTHE GLOBAL INNOVATIONS, LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD C. SOMERVILLE; ANNE-ROCHE SOMERVILLE, and SOLAR CONSTRUCTIONS, INC. f/k/a GLOBE RUBBER WORKS, INC.,<br><br>    Defendants. | )<br>)<br>)   Civil Action No. 05-10323 DPW/MBB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING BY NON-PARTY UNITED STATES
OF FILING IN *QUI TAM* PROCEEDING**

The United States, a non-party in this matter, hereby provides notice to this Honorable Court that on November 7, 2007, it filed a Notice of Consent to Dismissal with Prejudice as to the Relator and Without Prejudice as to the United States in United States ex rel. Globe Composite Solutions, Ltd. v. Solar Constructions, Inc., Civil Action No. 05-10004, a copy of which is attached. In particular, the United States informed the Court in that case (Tauro, J.) that it formally consented to the dismissal of that *qui tam* action with prejudice as to the relator, Globe Composite Solutions, Ltd., and without prejudice as to the United States. That position is in accord with the False Claims Act, see 31 U.S.C. §3730(b)(1) (in *qui tam* action brought by a private person(s) in the name of the United States, "[t]he action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting.:"), as well as authority, see, e.g., United States ex rel. Williams v. Bell Helicopter Textron, Inc., 417 F.3d 450, 455-56 (5th Cir. 2005)

(affirming dismissal of False Claims Act action but modifying judgment to be without prejudice to the claims of the United States).  On the same date, the relator and defendants in that action (the plaintiffs and defendants in this action) filed a memorandum contending that the Court had the authority to dismiss the claims of the United States with prejudice, and the government anticipates filing a response memorandum later this week.  The Court has indicated that a hearing on this question, which was originally scheduled for November 14, 2007, would be rescheduled.

      The United States believes it has satisfied the instructions given by this Court during the status conference on October 16, 2007, and that a representative from the Department of Justice in Washington, D.C., therefore need not be present.  The undersigned Assistant U.S. Attorney nonetheless will attend the status conference to answer any questions from this Court.

      Respectfully submitted,

      MICHAEL J. SULLIVAN
      United States Attorney

By:  /s/ Mark T. Quinlivan
     MARK T. QUINLIVAN
     Assistant U.S. Attorney
     John Joseph Moakley U.S. Courthouse
     1 Courthouse Way, Suite 9200
     Boston, MA 02210
     (617) 748-3606

Dated: November 19, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. GLOBE COMPOSITE SOLUTIONS, LTD., | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 05-10004 JLT |
| v. | ) ) ) | |
| SOLAR CONSTRUCTIONS, INC. f/k/a GLOBE RUBBER WORKS, INC., and RICHARD C. SOMERVILLE, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**UNITED STATES' NOTICE OF CONSENT TO DISMISSAL WITH PREJUDICE AS TO THE RELATOR AND WITHOUT PREJUDICE AS TO THE UNITED STATES**

The United States hereby consents to the dismissal of this action with prejudice as to the relator, Globe Composite Solutions, Ltd., and without prejudice as to the United States. See United States ex rel. Williams v. Bell Helicopter Textron, Inc., 417 F.3d 450, 455-56 (5th Cir. 2005) (affirming dismissal of False Claims Act action but modifying judgment to be without prejudice to the claims of the United States).

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

                            By:  /s/ Mark T. Quinlivan
                                  MARK T. QUINLIVAN
                                  Assistant U.S. Attorney
                                  John Joseph Moakley U.S. Courthouse
                                  1 Courthouse Way, Suite 9200
                                  Boston, MA 02210
                                  (617) 748-3606

Dated: November 7, 2007

**CERTIFICATE OF SERVICE**

      This is to certify that a true copy of the foregoing pleading was served on this date, November 7, 2007, upon co-counsel for the relator, Claire B. Burhoe, Lawson & Weitzen, LLP, 88 Black Falcon Avenue, Suite 345, Boston, MA 02210, and upon counsel for the defendants, Mark S. Furman, Tarlow, Breed, Hart & Rodgers, P.C., 101 Huntington Avenue, Prudential Center, Boston, MA 02199

               /s/ Mark T. Quinlivan
               MARK T. QUINLIVAN