UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GLOBE COMPOSITE SOLUTIONS, LTD. )<br>F/K/A KALM-FORSYTHE GLOBAL )<br>INNOVATIONS, LTD. )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD C. SOMERVILLE, ANNE )<br>ROCHE-SOMERVILLE, and )<br>SOLAR CONSTRUCTION, INC. F/K/A )<br>GLOBE RUBBER WORKS, INC. )<br>        Defendants. )  | Civil Action No. 05 10323 DPW |

|  |
|---|
| RICHARD C. SOMERVILLE and )<br>SOLAR CONSTRUCTION, INC. F/K/A )<br>GLOBE RUBBER WORKS, INC. )<br>        Plaintiffs-in-Counterclaim )<br>)<br>v. )<br>)<br>GLOBE COMPOSITE SOLUTIONS, LTD. )<br>F/K/A KALM-FORSYTH GLOBAL )<br>INNOVATIONS, LTD. and )<br>CARL W. FORSYTHE )<br>        Defendants-in-Counterclaim ) |

**JOINT MOTION PURSUANT TO LOCAL RULE 67.3
TO DISBURSE FUNDS PAID INTO COURT**

Pursuant to Local Rule 67.3, Plaintiffs/Defendants-in-Counterclaim Globe

Composite Solutions, Ltd., f/k/a Kalm-Forsythe Global Innovations, Ltd. ("Globe

Composite"), and Carl W. Forsythe ("Forsythe," and together with Globe Composite, the

"Globe Composite Parties"), and Defendants/Plaintiffs-in-Counterclaim Anne Roche-

Somerville, individually and as executrix of the Estate of Richard C. Somerville ("Mrs.

- 1 -

Somerville"), and Solar Construction, Inc., f/k/a/ Globe Rubber Works, Inc. ("Globe Rubber," and together with Mrs. Somerville, the "Globe Rubber Parties"), hereby jointly request that the Court enter an order directing the disbursement of the proceeds of a life insurance policy issued by American General Life Insurance Company ("American General") that were deposited into the Court's interest-bearing account by check payable to Tarlow, Breed, Hart & Rodgers, P.C., as attorneys for Solar Construction, Inc.

In support of their joint motion, the parties state as follows:

1.   On September 22, 2005, American General filed an interpleader action against Globe Composite, Mrs. Somerville, and Globe Rubber captioned, *American General Life Insurance Co. v. Kalfor Solutions Group, LLC, et al.*, Civil Action No. 05-CV-11925 (D. Mass.), which action was consolidated with the above-captioned action on or about July 28, 2006.

2.   On October 7, 2005, the Court granted American General's motion to deposit the proceeds of the life insurance policy into the Court's interest-bearing account.

3.   On September 14, 2006, the Court entered a final decree of interpleader.

4.   The parties have reached a settlement in this matter pursuant to which the Globe Composite Parties have agreed that the proceeds of the American General life insurance policy are to be disbursed forthwith to Tarlow, Breed, Hart & Rodgers, P.C., as attorneys for Solar Construction, Inc.

5.   The parties waive all rights of appeal regarding the proposed disbursement order.

6.   Attached hereto as Exhibit A is a proposed form of disbursement order.

WHEREFORE, the Globe Composite Parties and the Globe Rubber Parties respectfully request that the Court enter the proposed form of order attached hereto as Exhibit A directing the Clerk of the Court to disburse the proceeds of the American General life insurance policy as set forth in the proposed order.

    Respectfully submitted,

    GLOBE COMPOSITE SOLUTIONS, LTD., F/K/A KALM-FORSYTHE GLOBAL INNOVATIONS, LTD., AND CARL W. FORSYTHE

    By their attorneys,

    /s/ Evan T. Lawson
    Evan T. Lawson (BBO# 289280)
    Clare B. Burhoe (BBO# 632238)
    Lawson & Weitzen, LLP
    88 Black Falcon Avenue, Suite 345
    Boston, MA 02210
    (617) 439-4990

    - and-

    ANNE ROCHE-SOMERVILLE, INDIVIDUALLY AND AS EXECUTRIX OF THE ESTATE OF RICHARD C. SOMERVILLE, AND SOLAR CONSTRUCTION, INC., F/K/A GLOBE RUBBER WORKS, INC.

    By their attorneys

    /s/ Emily C. Shanahan
    Mark S. Furman (BBO# 181680)
    Emily C. Shanahan (BBO# 643456)
    Tarlow, Breed, Hart & Rodgers, P.C.
    101 Huntington Avenue
    Boston, MA 02199
    (617) 218-2000

Dated: January 2, 2008

- 4 -

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document, filed through the ECF system, will be served electronically through the ECF system on the registered participants as identified on the Notice of Electronic Filing ("NEF"), and that paper copies of the above document will be sent via first class mail to those identified as non-registered participants on the NEF on January 2, 2008.

                                            /s/ Emily C. Shanahan
                                            Emily C. Shanahan

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ) <br> GLOBE COMPOSITE SOLUTIONS, LTD. ) <br> F/K/A KALM-FORSYTHE GLOBAL ) <br> INNOVATIONS, LTD. ) <br>       Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RICHARD C. SOMERVILLE, ANNE ) <br> ROCHE-SOMERVILLE, and ) <br> SOLAR CONSTRUCTION, INC. F/K/A ) <br> GLOBE RUBBER WORKS, INC. ) <br>       Defendants. ) <br> ) | Civil Action No. 05 10323 DPW |
| ) <br> RICHARD C. SOMERVILLE and ) <br> SOLAR CONSTRUCTION, INC. F/K/A ) <br> GLOBE RUBBER WORKS, INC. ) <br>       Plaintiffs-in-Counterclaim ) <br> ) <br> v. ) <br> ) <br> GLOBE COMPOSITE SOLUTIONS, LTD. ) <br> F/K/A KALM-FORSYTH GLOBAL ) <br> INNOVATIONS, LTD. and ) <br> CARL W. FORSYTHE ) <br>       Defendants-in-Counterclaim ) <br> ) |  |

### **[PROPOSED] ORDER PURSUANT TO LOCAL RULE 67.3**

On January 2, 2008, the parties in the above-captioned action filed a joint motion pursuant to Local Rule 67.3 to distribute the proceeds of a life insurance policy issued by American General Life Insurance Company ("American General") that were deposited into the Court's interest-bearing account. The Court hereby GRANTS the joint motion.

This Court finds as follows:

- 1 -

1. On September 22, 2005, American General filed an interpleader action against Globe Composite, Mrs. Somerville, and Globe Rubber captioned, *American General Life Insurance Co. v. Kalfor Solutions Group, LLC, et al.*, Civil Action No. 05-CV-11925 (D. Mass.), which action was consolidated with the above-captioned action on or about July 28, 2006.

2. On October 7, 2005, the Court granted American General's motion to deposit the proceeds of the life insurance policy into the Court's interest-bearing account.

3. On September 14, 2006, the Court entered a final decree of interpleader.

4. The parties have reached a settlement in this matter pursuant to which the Globe Composite Parties have agreed that the proceeds of the American General life insurance policy are to be disbursed to Tarlow, Breed, Hart & Rodgers, P.C., as attorneys for Solar Construction, Inc.

It is hereby ORDERED:

1. The Clerk is to distribute immediately the funds, plus all interest accrued as of the date of disbursement, deposited into the Court's interest-bearing account by American General in connection with the action captioned, *American General Life Insurance Co. v. Kalfor Solutions Group, LLC, et al.*, Civil Action No. 05-CV-11925, which action was consolidated with the above-captioned action on or about July 28, 2006.

2. The Clerk is to issue a check in the amount of the funds deposited into the Court's interest-bearing account by American General, plus all interest accrued as of the date of disbursement, made payable to Tarlow, Breed, Hart & Rodgers, P.C., as attorneys for Solar Construction, Inc., 101 Huntington Avenue, Suite 500, Boston, Massachusetts

- 3 -

02109, Attn: Mark S. Furman, Esquire.

      3.      Counsel for Solar Construction, Inc. will provide the Clerk's office with Solar Construction, Inc.'s tax identification number no later than two (2) business days after entry of this order.

      SO ORDERED.

_____

Dated: _____