UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GLOBE COMPOSITE SOLUTIONS, LTD. )<br>F/K/A KALM-FORSYTHE GLOBAL )<br>INNOVATIONS, LTD. )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD C. SOMERVILLE, ANNE )<br>ROCHE-SOMERVILLE, and )<br>SOLAR CONSTRUCTION, INC. F/K/A )<br>GLOBE RUBBER WORKS, INC. )<br>    Defendants. )<br><br>RICHARD C. SOMERVILLE and )<br>SOLAR CONSTRUCTION, INC. F/K/A )<br>GLOBE RUBBER WORKS, INC. )<br>    Plaintiffs-in-Counterclaim )<br>)<br>v. )<br>)<br>GLOBE COMPOSITE SOLUTIONS, LTD. )<br>F/K/A KALM-FORSYTH GLOBAL )<br>INNOVATIONS, LTD. and )<br>CARL W. FORSYTHE )<br>    Defendants-in-Counterclaim ) | Civil Action No. 05 10323 DPW |

### ORDER PURSUANT TO LOCAL RULE 67.3

On January 2, 2008, the parties in the above-captioned action filed a joint motion pursuant to Local Rule 67.3 to distribute the proceeds of a life insurance policy issued by American General Life Insurance Company ("American General") that were deposited into the Court's interest-bearing account. The Court hereby GRANTS the joint motion.

This Court finds as follows:

1. On September 22, 2005, American General filed an interpleader action against Globe Composite, Mrs. Somerville, and Globe Rubber captioned, *American General Life Insurance Co. v. Kalfor Solutions Group, LLC, et al.*, Civil Action No. 05-CV-11925 (D. Mass.), which action was consolidated with the above-captioned action on or about July 28, 2006.

2. On October 7, 2005, the Court granted American General's motion to deposit the proceeds of the life insurance policy into the Court's interest-bearing account.

3. On September 14, 2006, the Court entered a final decree of interpleader.

4. The parties have reached a settlement in this matter pursuant to which the Globe Composite Parties have agreed that the proceeds of the American General life insurance policy are to be disbursed to Tarlow, Breed, Hart & Rodgers, P.C., as attorneys for Solar Construction, Inc.

It is hereby ORDERED:

1. The Clerk is to distribute immediately the funds, plus all interest accrued as of the date of disbursement, deposited into the Court's interest-bearing account by American General in connection with the action captioned, *American General Life Insurance Co. v. Kalfor Solutions Group, LLC, et al.*, Civil Action No. 05-CV-11925, which action was consolidated with the above-captioned action on or about July 28, 2006.

2. The Clerk is to issue a check in the amount of the funds deposited into the Court's interest-bearing account by American General, plus all interest accrued as of the date of disbursement, made payable to Tarlow, Breed, Hart & Rodgers, P.C., as attorneys for Solar Construction, Inc., 101 Huntington Avenue, Suite 500, Boston, Massachusetts

02109, Attn: Mark S. Furman, Esquire.

     3.     Counsel for Solar Construction, Inc. will provide the Clerk's office with Solar Construction, Inc.'s tax identification number no later than two (2) business days after entry of this order.

     SO ORDERED.

Dated: *January 24, 2008*



- 3 -