UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GLOBE COMPOSITE SOLUTIONS, LTD. )<br>F/K/A KALM-FORSYTHE GLOBAL )<br>INNOVATIONS, LTD. )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD C. SOMERVILLE, ANNE )<br>ROCHE-SOMERVILLE, and )<br>SOLAR CONSTRUCTION, INC. F/K/A )<br>GLOBE RUBBER WORKS, INC. )<br>        Defendants. )  | Civil Action No. 05 10323 DPW |
| RICHARD C. SOMERVILLE and )<br>SOLAR CONSTRUCTION, INC. F/K/A )<br>GLOBE RUBBER WORKS, INC. )<br>        Plaintiffs-in-Counterclaim )<br>)<br>v. )<br>)<br>GLOBE COMPOSITE SOLUTIONS, LTD. )<br>F/K/A KALM-FORSYTH GLOBAL )<br>INNOVATIONS, LTD. and )<br>CARL W. FORSYTHE )<br>        Defendants-in-Counterclaim ) |  |

**JOINT MOTION TO CANCEL JANUARY 29, 2008 STATUS CONFERENCE**

Plaintiffs/Defendants-in-Counterclaim Globe Composite Solutions, Ltd., f/k/a Kalm-Forsythe Global Innovations, Ltd. ("Globe Composite"), and Carl W. Forsythe ("Forsythe," and together with Globe Composite, the "Globe Composite Parties"), and Defendants/Plaintiffs-in-Counterclaim Anne Roche-Somerville, individually and as executrix of the Estate of Richard C. Somerville ("Mrs. Somerville"), and Solar Construction, Inc., f/k/a/ Globe Rubber Works, Inc. ("Globe Rubber," and together with

- 1 -

Mrs. Somerville, the "Globe Rubber Parties"), hereby jointly request that the Court cancel the status conference scheduled in the above- referenced matter for Tuesday, January 29, 2008, and suspend re-scheduling the status conference indefinitely given the parties' expectation that they will file a stipulation of dismissal in the near future.

In support of their joint motion, the parties state as follows:

1. The parties have reached a settlement in this matter.

2. On January 24, 2008, the Court entered an Order Pursuant to Local Rule 67.3 providing for the disbursement of certain funds that have been held in Court.

3. Under the terms of the settlement agreement that the parties have executed, the parties will direct their respective counsel to prepare and sign on their behalf a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(ii) dismissing this action, including all counterclaims, with prejudice within three (3) business days of the Globe Rubber Parties' receipt of the settlement funds, including the funds that are the subject of the Court's Order Pursuant to Local Rule 67.3.

4. Given the current status of the case, the parties respectfully suggest that there is no need for them to appear at the January 29, 2008 status conference.

WHEREFORE, the Globe Composite Parties and the Globe Rubber Parties respectfully request that the Court cancel the status conference scheduled for January 29, 2008.

- 3 -

Respectfully submitted,

GLOBE COMPOSITE SOLUTIONS, LTD., F/K/A KALM-FORSYTHE GLOBAL INNOVATIONS, LTD., AND CARL W. FORSYTHE

By their attorneys,

/s/ Evan T. Lawson
Evan T. Lawson (BBO# 289280)
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
(617) 439-4990

- and-

ANNE ROCHE-SOMERVILLE, INDIVIDUALLY AND AS EXECUTRIX OF THE ESTATE OF RICHARD C. SOMERVILLE, AND SOLAR CONSTRUCTION, INC., F/K/A GLOBE RUBBER WORKS, INC.

By their attorneys

/s/ Emily C. Shanahan
Mark S. Furman (BBO# 181680)
Emily C. Shanahan (BBO# 643456)
Tarlow, Breed, Hart & Rodgers, P.C.
101 Huntington Avenue
Boston, MA 02199
(617) 218-2000

Dated: January 25, 2008

- 4 -

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document, filed through the ECF system, will be served electronically through the ECF system on the registered participants as identified on the Notice of Electronic Filing ("NEF"), and that paper copies of the above document will be sent via first class mail to those identified as non-registered participants on the NEF on January 25, 2008.

      /s/ Emily C. Shanahan
      Emily C. Shanahan

- 4 -