Exhibit D

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                )
GLOBE COMPOSITE SOLUTIONS, LTD. )
F/K/A KALM-FORSYTHE GLOBAL      )    Civil Action No. 05 10323 DPW
INNOVATIONS, LTD.               )
        Plaintiff,              )
                                )
v.                              )
                                )
RICHARD C. SOMERVILLE, ANNE     )
ROCHE-SOMERVILLE, and           )
SOLAR CONSTRUCTION, INC. F/K/A  )
GLOBE RUBBER WORKS, INC.        )
        Defendants.             )
_____)


_____
                                )
RICHARD C. SOMERVILLE and       )
SOLAR CONSTRUCTION, INC. F/K/A  )
GLOBE RUBBER WORKS, INC.        )
        Plaintiffs-in-Counterclaim )
                                )
v.                              )
                                )
GLOBE COMPOSITE SOLUTIONS, LTD. )
F/K/A KALM-FORSYTH GLOBAL       )
INNOVATIONS, LTD. and           )
CARL W. FORSYTHE                )
        Defendants-in-Counterclaim )
_____)
```

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiffs/Defendants-in-Counterclaim Globe Composite Solutions, Ltd., f/k/a Kalm-Forsythe Global Innovations, Ltd. ("Globe Composite"), and Carl W. Forsythe ("Forsythe," and together with Globe Composite, the "Globe Composite Parties"), and Defendants/Plaintiffs-in-Counterclaim Anne Roche-

- 1 -

Somerville, individually and as executrix of the Estate of Richard C. Somerville ("Mrs. Somerville"), and Solar Construction, Inc., f/k/a/ Globe Rubber Works, Inc. ("Globe Rubber," and together with Mrs. Somerville, the "Globe Rubber Parties"), hereby stipulate and agree to dismiss the above-captioned action, including all claims and counterclaims, with prejudice. The Globe Composite Parties and the Globe Rubber Parties further stipulate and agree to waive all rights of appeal. The parties are to bear their own attorneys' fees, costs, and expenses.

Respectfully submitted,

| | |
|---|---|
| GLOBE COMPOSITE SOLUTIONS, LTD., F/K/A KALM-FORSYTHE GLOBAL INNOVATIONS, LTD., AND CARL W. FORSYTHE | ANNE ROCHE-SOMERVILLE, INDIVIDUALLY AND AS EXECUTRIX OF THE ESTATE OF RICHARD C. SOMERVILLE, AND SOLAR CONSTRUCTION, INC., F/K/A GLOBE RUBBER WORKS, INC. |
| By their attorneys, | By their attorneys |
| */s/ Evan T. Lawson*  | */s/ Emily C. Shanahan* |
| Evan T. Lawson (BBO# 289280) | Mark S. Furman (BBO# 181680) |
| Clare B. Burhoe (BBO# 632238) | Emily C. Shanahan (BBO# 643456) |
| Lawson & Weitzen, LLP | Tarlow, Breed, Hart & Rodgers, P.C. |
| 88 Black Falcon Avenue, Suite 345 | 101 Huntington Avenue |
| Boston, MA 02210 | Boston, MA 02199 |
| (617) 439-4990 | (617) 218-2000 |

Dated: December 31, 2007

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document, filed through the ECF system, will be served electronically through the ECF system on the registered participants as identified on the Notice of Electronic Filing ("NEF"), and that paper copies of the above document will be sent via first class mail to those identified as non-registered participants on the NEF on February 13, 2008.

                                              /s/ Emily C. Shanahan

                                              Emily C. Shanahan